AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| National Treasury Employees Union | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00935 |
| Donald J. Trump, President, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, National Treasury Employees Union.

Date: 03/31/2025

/s/Paras N. Shah
*Attorney's signature*

Paras N. Shah, D.C. Bar 983881
*Printed name and bar number*
Deputy General Counsel
National Treasury Employees Union
800 K Street N.W., Suite 1000
Washington, D.C., 20001
*Address*

Paras.Shah@nteu.org
*E-mail address*

(202) 572-5500
*Telephone number*

(202) 572-5645
*FAX number*