IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>            Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, *et. al*<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500,<br><br>            Defendants.<br>_____ | Case No. 1:25-cv-00935 |

## PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF LINDSAY DUNN

Paras N. Shah, Deputy General Counsel of the National Treasury Employees Union and a member in good standing in the bar of this Court, respectfully moves for the admission *pro hac vice* of Lindsay Dunn for the limited purpose of entering an appearance on behalf of Plaintiffs in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and I have entered my appearance in the above-captioned matter.

2. I move for admission *pro hac vice* of Lindsay Dunn, Assistant Counsel at the National Treasury Employees Union, to appear before this Court as co-counsel of record, and to participate in all proceedings.

1

3. As evidenced by the attached affidavit, Ms. Dunn is a member in good standing of the bar of New York and the United States Supreme Court; and there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; no discipline has previously been imposed on her in any jurisdiction; and she is familiar with the local rules of this Court.

For the foregoing reasons, undersigned counsel respectfully requests that this Court grant leave for Lindsay Dunn to appear before the Court in this matter *pro hac vice*.

                                                 Respectfully submitted,

                                                 */s/*Paras N. Shah
                                                 PARAS N. SHAH
                                                 Deputy General Counsel
                                                 D.C. Bar 983881

                                                 NATIONAL TREASURY EMPLOYEES UNION
                                                 800 K Street N.W., Suite 1000
                                                 Washington, D.C.  20001
                                                 Phone: (202) 572-5500
                                                 Fax: (202) 572-5645
                                                 paras.shah@nteu.org

April 1, 2025                         Attorney for Plaintiff NTEU