IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, *et. al*<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500,<br><br>    Defendants. | Case No. 1:25-cv-00935 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF LINDSAY DUNN *PRO HAC VICE***

This matter having come before the Court on a motion of Paras N. Shah, local counsel for Plaintiff, for the admission of Lindsay Dunn *pro hac vice* as co-counsel for Plaintiff, and the Court having considered the arguments and papers submitted herein, and for good cause shown:

IT IS SO ORDERED on this ___ day of _____, 2025, as follows:

1. Plaintiff's Motion for Admission of Lindsay Dunn *Pro Hac Vice* is GRANTED.

2. In accordance with Local Civil Rule 83.2(e), counsel admitted *pro hac vice* shall make a payment of $100.00 to the Clerk of the United States District Court.

                     BY THE COURT:

Date: April ____, 2025             _____
                        United States District Court Judge