IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001,

        Plaintiff,

v.

DONALD J. TRUMP, *et. al*
President of the United States
1600 Pennsylvania Avenue N.W.
Washington, D.C. 20500,

        Defendants.

Case No. 1:25-cv-00935

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF LINDSAY DUNN *PRO HAC VICE*

This matter having come before the Court on a motion of Paras N. Shah, local counsel for Plaintiff, for the admission of Lindsay Dunn *pro hac vice* as co-counsel for Plaintiff, and the Court having considered the arguments and papers submitted herein, and for good cause shown:

IT IS SO ORDERED on this 1st day of April, 2025, as follows:

1. Plaintiff's Motion for Admission of Lindsay Dunn *Pro Hac Vice* is GRANTED.

2. In accordance with Local Civil Rule 83.2(e), counsel admitted *pro hac vice* shall make a payment of $100.00 to the Clerk of the United States District Court.

BY THE COURT:

*Paul L. Friedman* (signature)

United States District Court Judge

Date: April 1, 2025