IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C.  20001,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.,*<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00935 (PLF)<br><br>**HEARING RESPECTFULLY REQUESTED BY APRIL 25** |

### PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff National Treasury Employees Union (NTEU), a labor union that represents nearly 160,000 federal government employees in thirty-seven agencies and departments, submits this motion for preliminary injunctive relief. NTEU respectfully requests a hearing on its motion during the period of April 21-25, 2025.

On March 27, 2025, Defendant Donald J. Trump issued an executive order that guts Congress's federal sector collective bargaining regime. NTEU seeks emergency relief to protect itself and the workers it represents from this unlawful attempt to eliminate collective bargaining for some two-thirds of the federal workforce. Absent emergency relief, NTEU will imminently lose over half of its revenue stream and over two-thirds of the workers that it represents. NTEU's very

1

existence will be threatened, and its bargaining power and influence at agencies where it still represents workers will be diminished in a way that cannot be undone.

For these reasons and those in the accompanying memorandum of points and authorities, NTEU asks this Court to preliminarily enjoin Section 2 of the Executive Order and the Office of Personnel Management's guidance on the Order's implementation.

Respectfully submitted,

/s/ Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar 482946

/s/ Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

/s/ Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

/s/ Lindsay Dunn
LINDSAY DUNN (pro hac vice)
Assistant Counsel
N.Y. Bar 4574224

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
lindsay.dunn@nteu.org

April 4, 2025                Attorneys for Plaintiff NTEU