## DECLARATION OF DANIEL KASPAR

I, Daniel Kaspar, hereby declare as follows:

1. I currently serve as Director of Field Operations at the National Treasury Employees Union (NTEU). I have worked for NTEU since 2011.

2. As Director of Field Operations, I am responsible for overseeing NTEU's field offices across the nation. Representatives in each field office serve as chapters' and members' first line of contact with NTEU on a day-to-day basis. By virtue of my job duties, I am familiar with the agencies where NTEU-represented employees work as well as the duties those employees perform. I am also familiar with the collective bargaining agreements that we have negotiated with our agencies.

### The Executive Order and OPM Guidance

3. I have reviewed President Trump's Executive Order entitled "Exclusions from Federal Labor Management Relations Programs" (March 27, 2025) (the Executive Order).

4. I have also reviewed the guidance issued by the Office of Personnel Management (OPM) entitled "Guidance on Executive Order *Exclusions from Federal Labor Management Relations Programs*" (OPM Guidance) (March 27, 2025).

5. The Executive Order, section 2, excludes multiple agencies from the 1978 Federal Service Labor-Management Relations Statute (the Statute).

6. The Executive Order includes the following agencies where NTEU represents employees as the exclusive bargaining unit representative:

- Department of Treasury, Internal Revenue Service (IRS), IRS Office of Chief Counsel, Bureau of Fiscal Service (BFS), Departmental Offices, Alcohol and Tobacco Trade and Tax Bureau (TTB), Office of Comptroller of the Currency (OCC);
- Department of Energy (DOE);
- Department of Justice (DOJ), Civil Rights Division and Environment and Natural Resources Division;
- Environmental Protection Agency (EPA);
- Federal Communications Commission (FCC);
- Department of Health and Human Services (HHS), the Office of the Secretary, the Food and Drug Administration, the Administration for Strategic Preparedness and Response, the Centers for Disease Control and Prevention, and the Office of Refugee Resettlement within the Administration of Children and Families; and
- Department of the Interior, Bureau of Land Management (BLM).

### The Executive Order Will Reduce the Number of Employees Represented by NTEU

7. The Executive Order immediately and adversely affects NTEU in multiple ways.

8. The Executive Order substantially reduces the number of employees represented by NTEU.

9. At the end of December 2024, NTEU represented 158,144 employees. Taken together, the number of employees who are represented by NTEU and who are in agencies covered by the Executive Order is 104,278. This means that the Executive Order will cut the number of NTEU-represented employees by 65.9%

10. NTEU's clout and influence is related to the number of employees that it represents. For example, NTEU regularly tells arbitrators, courts, members of Congress, and the public that it represents more than 150,000 employees in 37 federal agencies and departments across the government.

11. In my view, NTEU's clout and influence will be diminished if it represents substantially fewer employees at substantially fewer agencies.

12. I anticipate that we will have less influence at the bargaining table with agencies not covered by the Executive Order because those agencies will be aware that NTEU represents many fewer employees than it did previously.

13. I anticipate that it will be more difficult for NTEU to persuade employees to join NTEU and become dues-paying members because those employees will be aware that NTEU represents many fewer employees than it did previously.

14. I anticipate that NTEU will have less influence in advocating employees' interest before Congress because NTEU will represent many fewer employees (and Congressional constituents) that it did previously.

## The Executive Order Will Substantially Reduce Dues Paid to NTEU

15.  Of the more than 150,000 employees represented by NTEU, approximately 91,000 have voluntarily joined NTEU and pay dues. The vast majority of those—94%—have taken advantage of the option to have their employer agencies deduct dues from their paychecks automatically and remit the dues to NTEU.

16.  In the NTEU-represented agencies and agency components that the Executive Order excludes from the Statute, NTEU has approximately 58,692 dues-paying members.

17.  OPM Guidance states that such automatic dues withholding at the agencies covered by the Executive Order will stop. When that happens, NTEU's dues revenue will be reduced by about $25 million. This is more than half of NTEU's total revenue stream. The dues revenue that is cut off is forever lost. There is no mechanism for NTEU to recover lost dues revenue from former members for a period during which they had no union representation.

18.  This loss of dues from automatic withholding from such a large percentage of our membership threatens NTEU's very existence.

19.  Several NTEU-represented agencies have begun acting to stop dues withholding in response to the Executive Order, including NTEU's largest bargaining unit, the IRS.

20.  Some NTEU-represented agencies, including BLM and EPA, use the Interior Business Center (IBC) to process their payroll. NTEU learned that on

4

March 28, 2025, IBC, as a result of the Executive Order, "was directed to remove all union deductions from the Pay Period 25-07" which runs from March 23 to April 5, 2025.

21. Other NTEU-represented agencies—IRS, BFS, FCC, OCC, TTB, and Treasury's departmental offices—use the United States Department of Agriculture National Finance Center (USDA NFC) to process their payroll. Yesterday, NTEU was scheduled to receive its dues payments for the NTEU members at those agencies for the last pay period. Those dues payments did not arrive. NTEU contacted USDA NFC, which cited the Executive Order as the reason those funds did not arrive.

### The Executive Order Will Diminish the Value of NTEU's Services

22. OPM has stated that in implementing the Executive Order, agencies should cease participating in grievance procedures and should cease collective bargaining with federal unions who represent employees at affected agencies. OPM Guidance at 3, 5.

23. NTEU will be of less value to employees in the agencies covered by Executive Order if it can no longer participate in grievance procedures against those agencies.

24. NTEU will be of less value to employees in the agencies covered by Executive Order if it can no longer participate in any collective bargaining that would benefit them.

25. Separate from bargaining term agreements, NTEU staff frequently bargain with agencies over changes in employment conditions. To initiate bargaining over such changes, NTEU is required to notify the agency within a certain timeframe (often 30 days or less) after NTEU first receives notice of the change.

26. If agencies covered by the Executive Order refuse to collectively bargain with NTEU, NTEU will lose that bargaining opportunity not just in the short term but forever.

27. In one example of bargaining over changes in employment conditions, NTEU initiated bargaining promptly when the COVID-19 outbreak caused its first disruptions. If relevant agencies had simply refused to engage in bargaining, NTEU would have missed its chance to advocate for its members on issues like telework and the availability of personal protective equipment.

28. NTEU-represented agencies that the Executive Order excludes from the Statute have begun to stop complying with existing collective bargaining agreements. The Bureau of Land Management, for example, has informed NTEU that it will be postponing scheduled collective bargaining agreement negotiations scheduled for April 2, 2025, because of the Executive Order.

29. NTEU has also been informed that proceedings before the Federal Labor Relations Authority (for example in ongoing proceedings with BLM) are on hold because of the Executive Order.

30.     Similarly, the OCC has canceled a grievance meeting with NTEU based on the Executive Order.

### The Administration's Deferred Resignation Program

31.     On January 28, 2025, the Administration, via a "Fork in the Road" email, offered employees a "deferred resignation program." NTEU-represented employees in each of the agencies or agency components at issue received that offer, and some NTEU-represented employees in each of the agencies or agency components at issue here accepted that offer and had their applications processed.

32.     The administration's deferred resignation program was not available to employees in "positions related to . . . national security." *See* OPM, *Guidance Regarding Deferred Resignation Program* (Jan. 28, 2025) at 3, www.opm.gov/media/3oaf3vs0/opm-guidance-memo-re-deferred-resignation-program-01-28-25-final.pdf.

### Motivation for the Executive Order

33.     It is my belief, based on the language of the Executive Order, the OPM Guidance, and the White House's Fact Sheet on the Executive Order that the President's motivations for the mass exclusion of agencies from the Statute's coverage are animus against federal sector unions and a desire to make federal employees easier to fire.

34.     NTEU has actively opposed President's Trump's agenda which has targeted the federal workforce by filing multiple lawsuits and grievances against wrongful administration actions. NTEU will continue to take action if the Administration continues to act unlawfully to harm federal sector unions and the

employees they represent. I am fearful that additional NTEU action, whether in the courts or in other areas, will lead to further retribution against it, including having more of its agencies and agency components excluded from the Statute.

35.    My understanding based on the language of the Executive Order, news reports, information from other unions and NTEU's own data, is that the Executive Order will have the effect of excluding approximately two-thirds of the federal workforce overall, and three-quarters of those employees who have union representation.

## NTEU History

36.    NTEU has represented employees in federal agencies for many decades.

37.    NTEU was founded in 1938 to represent a group of Internal Revenue collectors.

38.    NTEU has represented additional employees at additional agencies over the intervening years, and its role expanded when collective bargaining was extended to the federal sector by Executive Order 10988 by President Kennedy in January 17, 1962, and by law when Congress enacted the Statute in 1978. *See* Pub.L. No. 95-454.

## Agency Missions and Duties of Employee

34.    The IRS does not primarily perform national security, investigative, or intelligence work. The IRS is the revenue service for the federal government, responsible for collecting federal taxes and administering the Internal Revenue

8

Code. NTEU-represented employees at IRS do not primarily perform security, investigative, or intelligence work. They provide tax assistance to taxpayers, conduct taxpayer audits, and collect overdue tax revenue.

35. The IRS Office of Chief Counsel does not primarily perform national security, investigative, or intelligence work. NTEU-represented employees at the Office of Chief Counsel do not primarily perform security, investigative, or intelligence work. They provide legal guidance and interpretive advice to the IRS, to Treasury, and to taxpayers; and coordinate the IRS's position in litigation.

36. The HHS components that the Executive Order excludes from the Statute and that NTEU represents— the Office of the Secretary, the Food and Drug Administration, the Administration for Strategic Preparedness and Response, the Centers for Disease Control and Prevention, and the Office of Refugee Resettlement, Administration for Children and Families—do not primarily perform national security, investigative, or intelligence work. Those components administer social service programs, civil rights and healthcare programs, and programs that assure food and drug safety and efficacy. NTEU-represented employees at those components of HHS do not primarily perform national security, investigative, or intelligence work. They provide guidance and assistance on HHS's priorities; oversee state administration of HHS's programs; and inspect food and drugs.

37. BFS does not primarily perform national security, investigative, or intelligence work. BFS functions primarily to manage the government's accounting and federal centralized payment systems, and to reduce public debt. NTEU-

represented employees at BFS do not primarily perform national security, investigative, or intelligence work. They ensure that Americans receive their federal government payments on time.

38.　BLM does not primarily perform national security, investigative, or intelligence work. BLM's primary function is to sustain the health, diversity, and productivity of public lands for the use and enjoyment of present and future generations. NTEU-represented employees at BLM do not primarily perform national security, investigative, or intelligence work. They manage public lands for various purposes, including energy development, livestock grazing, recreation, and resource conservation; and maintain natural, cultural, and historic resources.

39.　EPA does not primarily perform national security, investigative, or intelligence work. EPA ensures compliance with and the fair administration of environmental laws, and acts to conserve natural resources. NTEU-represented employees at EPA conduct studies and research on environmental issues; develop and enforce environmental regulations; and provide technical assistance.

40.　FCC does not primarily perform national security, investigative, or intelligence work. FCC regulates interstate and international communications by radio, television, wire, satellite, and cable across the nation. NTEU-represented employees at FCC do not primarily perform security, investigative, or intelligence work.

41.　Treasury's departmental offices do not primarily perform national security, investigative, or intelligence work. These offices guide Treasury's policies.

NTEU-represented employees at Treasury's departmental offices do not primarily perform security, investigative, or intelligence work. They are non-professional employees who provide logistical and mission support, such as assuring adequate supplies, equipment, and mail services; distributing mail; and performing building repairs.

42. OCC does not primarily perform national security, investigative, or intelligence work. OCC ensures that national banks and federal savings associations operate in a safe and sound manner and provide fair access to financial services. NTEU-represented employees at OCC do not primarily perform national security, investigative, or intelligence work. They examine banks to ensure they are complying with banking rules and regulations that protect consumers.

43. TTB does not primarily perform security, investigative, or intelligence work. TTB collects taxes on alcohol, tobacco, firearms, and ammunition; ensures the integrity of alcohol products; ensures that only qualified businesses enter the alcohol and tobacco industries; and prevents unfair and unlawful market activity for alcohol and tobacco products. NTEU-represented employees at TTB do not primarily perform security, investigative, or intelligence work. They are responsible for reviewing applications for permits for beer, wine, and spirits producers and manufacturers; and investigating those entities for product integrity, tax collection, and compliance.

44. DOE does not primarily perform security, investigative, or intelligence work. DOE is responsible for ensuring that the United States has access to reliable,

affordable, and cleaner sources of energy. Its work includes advancing energy technologies, managing the nation's energy resources, and addressing environmental impacts from past energy-related activities. NTEU-represented employees at DOE do not primarily perform security, investigative, or intelligence work. They evaluate the effectiveness and efficiency of DOE programs and provide information and advice to DOE management on the agency's programs and operations.

45. The DOJ components that the Executive Order excludes from the Statute and that NTEU represents—the Environmental and Natural Resources Division and the Civil Rights Division—do not primarily perform security, investigative, or intelligence work. The Environment and Natural Resources Division is responsible for bringing cases against those who violate the nation's environmental laws as well as defending the federal government in litigation arising under a broad range of environmental statutes. Those in the Civil Rights Division work to uphold the civil and constitutional rights of all persons in the United States and enforce federal statutes prohibiting discrimination. NTEU-represented employees in these two DOJ divisions do not primarily perform security, investigative, or intelligence work. They are attorneys who enforce the laws that their division is charged with upholding.

### NTEU's Collective Bargaining Has Not Adversely Affected National Security

46. For the nearly half-century that the Statute has been in place, the IRS has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

47. NTEU has represented bargaining unit workers at the IRS Office of Chief Counsel since March 1987. During that period, the IRS Office of Chief Counsel has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

48. NTEU has represented bargaining unit workers at HHS since November 1978. During that period, HHS has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

49. NTEU has represented bargaining unit workers at the FCC since July 1978. During that period, the FCC has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

50. NTEU has represented bargaining unit workers at DOE since January 1979. During that period, DOE has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

51. NTEU has represented bargaining unit workers at BFS since April 1985. During that period, BFS has fallen within the Statute's coverage and had a

collective bargaining agreement with NTEU without any adverse effect on national security interests.

52. NTEU has represented bargaining unit workers at the EPA since April 1998. During that period, the EPA has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

53. NTEU has represented bargaining unit workers at Treasury's departmental offices since May 2002. During that period, Treasury's departmental offices have fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

54. NTEU has represented bargaining unit workers at OCC since November 2002. During that period, OCC has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

55. NTEU has represented bargaining unit workers at TTB since October 2003. During that period, TTB has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect on national security interests.

56. NTEU has represented bargaining unit workers at BLM since February 2021. During that period, BLM has fallen within the Statute's coverage and had a collective bargaining agreement with NTEU without any adverse effect

on national security interests. BLM has three different collective bargaining agreements with NTEU, each covering a different portion of the agency.

57.   NTEU has represented bargaining unit workers at DOJ since January 2025. During that period, DOJ has fallen within the Statute's coverage without any adverse effect on national security interests.

### NTEU and Agency Collective Bargaining Agreements

58.   NTEU has collective bargaining agreements with many of the agencies covered by the Executive Order.

    a.   The IRS and NTEU agreed that their agreement would last until September 2027.

    b.   IRS Office of Chief Counsel and NTEU agreed that the agreement would last until January 2029.

    c.   HHS and NTEU agreed that the agreement would last until July 2028 and then further extended its duration to July 2029.

    d.   DOE and NTEU agreed that the agreement would last until January 2026.

    e.   EPA and NTEU agreed that the agreement would last until December 2028.

    f.   FCC and NTEU agreed that the agreement would last until March 2030.

    g.   OCC and NTEU agreed that the agreement would last until February 2028.

    h.    Treasury and NTEU agreed that the agreement would last until June 2025.

    i.    TTB and NTEU agreed that the agreement would last until January 2027.

    j.    For one part of BLM, NTEU and BLM agreed that an interim collective bargaining agreement would last until a comprehensive collective bargaining agreement became effective. For a second part of BLM, the parties agreed that the collective bargaining agreement would last until January 2028. For a third part of BLM, the parties agreed that the collective bargaining agreement would last until February 2030.

    k.    BFS and NTEU agreed that the agreement would last until August 2025.

59.    The Executive Order will lead to the termination of twelve of these collective bargaining agreements (a small portion of HHS is not covered by the Executive Order and so a small portion of that agreement will still exist).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2025

*/s/ Daniel Kaspar*

Daniel Kaspar