# EXHIBIT 2

## DECLARATION OF MARK L. GRAY

I, Mark L. Gray, hereby declare as follows:

1. I currently serve as Director of Operations & Administration at the National Treasury Employees Union (NTEU). I have worked for NTEU from 1986 to 1996 and from 2013 through the present.

2. As Director of Operations and Administration, I am responsible for overseeing the day-to-day internal functioning of NTEU. This includes accounting and financial operations, information technology, and other operational matters. The department that I oversee maintains data concerning the number of employees represented by NTEU, the number of employees who are dues-paying members, and details of incoming dues payments from across the Union.

3. I have reviewed the Executive Order entitled "Exclusions from Federal Labor-Management Relations Programs" (March 27, 2025) ("The Executive Order"), including the list of agencies that the Order, section 2, excludes from the Federal Service Labor Management Relations statute.

4. The Executive Order, section 2, applies to the following agencies where NTEU is the exclusive bargaining unit representative:

- Department of Treasury, Internal Revenue Service (IRS), IRS Chief Counsel, Bureau of Fiscal Service, Departmental Offices, Alcohol and Tobacco Trade and Tax Bureau, and Office of Comptroller of the Currency;
- Department of Energy

- Department of Justice, Civil Rights Division and Environment and Natural Resources Division
- Environmental Protection Agency
- Federal Communications Commission
- Department of Health and Human Services, Food and Drug Administration and several other operating divisions
- Department of the Interior, Bureau of Land Management

5. At the end of December 2024, NTEU represented 158,144 employees in bargaining units through 37 agencies in the federal government.

6. The number of employees who are represented by NTEU and who are covered by the Executive Order is approximately 104,278 which will therefore reduce by 65.9 % the total number of employees represented by NTEU.

7. Of the employees in bargaining units represented by NTEU, employees can choose to become dues-paying members.

8. NTEU has approximately 91,000 dues-paying members. Around 94% of those members take advantage of the option to have their employer agencies deduct dues from their paychecks automatically and remit the dues to NTEU.

9. The IRS has the largest number of bargaining unit employees represented by NTEU (76,892) and the largest number of dues-paying members.

10. In fiscal year 2024, NTEU took in approximately $39.5 million total in member dues, which represented about 84.5% of NTEU's total revenue for the year. In my experience, these figures are typical for at least the past ten years.

11. In the agencies covered by the Executive Order, NTEU has approximately 58,692 dues-paying members. The Executive Order will therefore cut NTEU's dues-paying members by 64.5%.

12. If agencies covered by the Executive Order refuse to honor voluntary employee requests to withhold dues from paychecks, NTEU will lose the dues that it receives by this method which will be over $25 million annually

13. The immediate, drastic decrease in income from lost payroll deductions will jeopardize NTEU's very existence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2025.

_____
Mark L. Gray