IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>   Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-00935 (PLF) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for a preliminary injunction and accompanying brief, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Section 2 of the Executive Order, *Exclusions from Federal Labor-Management Relations Programs* (Mar. 27, 2025) is unlawful as applied to the Defendants who are heads of agencies with employees represented by the Plaintiff; and it is further

ORDERED that the Office of Personnel Management's *Guidance on Executive Order Exclusions from Federal Labor Management Programs* (Mar. 27, 2025) on the Executive Order is unlawful as applied to the Defendants who are heads of agencies with employees represented by the Plaintiff; and it is further

ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order; and it is further

ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing the OPM Guidance; and it is further

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this order, and every two weeks thereafter for 12 weeks, confirming compliance with this order.

**SO ORDERED**.

Dated: April __, 2025

_____
THE HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

DONALD J. TRUMP,
President of the United States
1600 Pennsylvania Avenue N.W.
Washington, D.C. 20500,

CHARLES EZELL,
Acting Director
Office of Personnel Management
1900 E Street N.W.
Washington, D.C. 20415,

PAMELA J. BONDI,
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530,

ROBERT F. KENNEDY, JR.,
Secretary
U.S. Department of Health and Human Services
200 Independence Avenue S.W.
Washington, D.C. 20201,

LEE M. ZELDIN,
Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, D.C. 20460,

CHRISTOPHER A. WRIGHT,
Secretary
U.S. Department of Energy
1000 Independence Avenue S.W.
Washington, D.C. 20585,

BRENDAN T. CARR,
Chairman

Federal Communications Commission
45 L Street N.E.
Washington, D.C. 20554,

SCOTT BESSENT,
Secretary
U.S. Department of Treasury
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220,

MELANIE KRAUSE,
Acting Commissioner
Internal Revenue Service
U.S. Department of Treasury
1111 Constitution Avenue N.W.
Washington, D.C. 20224,

MARGIE ROLLINSON,
Chief Counsel
Office of Chief Counsel
Internal Revenue Service
U.S. Department of Treasury
1111 Constitution Avenue N.W.
Washington, D.C. 20224,

TIMOTHY E. GRIBBEN,
Commissioner
Bureau of the Fiscal Service
U.S. Department of Treasury
3201 Pennsy Drive, Building E
Landover, MD 20785,

MARY G. RYAN,
Administrator
Alcohol and Tobacco Tax and Trade Bureau
U.S. Department of Treasury
1310 G Street N.W., Box 12
Washington, D.C. 20005,

RODNEY E. HOOD,
Acting Comptroller of the Currency
Office of the Comptroller of the Currency
U.S. Department of Treasury
400 7th Street S.W.

Washington, D.C. 20219, and

JOHN RABY,
Acting Director
Bureau of Land Management
1849 C Street N.W.
Washington, D.C. 20240,

5