IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00935 (PLF) |

**CERTIFICATE OF NOTICE PURSUANT TO LOCAL CIVIL RULE 65.1(a)**

Pursuant to Local Civil Rule 65.1, I hereby certify that I provided copies by email of the following documents:

- Dkt. # 1: Complaint (emailed to the Civil Process Clerk on Mar. 31, 2025, and served by certified mail that date);

- Dkt. # 1: Civil Cover Sheet (emailed to the Civil Process Clerk on Mar. 31, 2025, and served by certified mail that date);

- Dkt. # 1: Summons (emailed to the Civil Process Clerk on Mar. 31, 2025, and served by certified mail that date); and

- Dkt. # 9: Plaintiffs' Motion for Preliminary Injunction, Memorandum ISO Motion, Two Exhibits ISO Motion, and Proposed Order (sent by email on April 4, 2025, 8:04 a.m. to the Civil Process Clerk and the Civil Chief of the

United States Attorney's Office for the District of Columbia pursuant to the instructions at https://www.justice.gov/usao-dc/civil division).

Respectfully submitted,

*/s/  Allison C. Giles*
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
Fax: (202) 572-5645
allie.giles@nteu.org

April 4, 2025              Attorney for Plaintiff NTEU