UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION,

    Plaintiff,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Civil Action No. 25-0935 (PLF)

## ORDER

In light of Plaintiff's Motion for a Preliminary Injunction [Dkt. No. 9], it is hereby

ORDERED that the Court will hold oral argument on the motion for a preliminary injunction on April 23, 2025 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001; it is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report on or before April 7, 2025 at 12:00 p.m. proposing deadlines for defendants' response to plaintiff's motion for a preliminary injunction and plaintiff's reply in view of the oral argument scheduled for April 23, 2025; and it is

FURTHER ORDERED that in anticipation of the hearing, the parties shall meet and confer regarding the order of argument and time limits for opening argument and rebuttal.

The parties shall file a joint report advising the Court of their proposed hearing schedule on or before April 21, 2025.

    SO ORDERED.

*[signature]*
PAUL L. FRIEDMAN
United States District Judge

DATE: 4\4\25