IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:25-cv-00935 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's April 4, 2025 Order, Plaintiff National Treasury Employees Union (NTEU) and Defendants Donald Trump, *et al.*, respectfully submit this joint status report.

The Court's Order directed the parties to meet and confer and to file a joint status report "proposing deadlines for defendants' response to plaintiff's motion for a preliminary injunction and plaintiff's reply in view of the oral argument scheduled for April 23, 2025." Counsel for the parties met and conferred on April 4 and April 7. They were unable to reach agreement on a proposed briefing schedule and set forth their positions below for the Court's resolution.

**NTEU's Proposal.** NTEU proposes that Defendants file their response to NTEU's motion on **Friday, April 11**, consistent with Local Civil Rule 65.1(c), and that NTEU files its reply on **Wednesday, April 16**.

In support of its position, NTEU respectfully states that while it would otherwise give the government more time than the local rules allow for a response to a motion for preliminary injunction, it cannot agree to do so here. The NTEU attorney who is primarily handling this matter will be out of the country from Monday, April 14 through Friday, April 18. A deadline of Friday, April 11 for the government's response will allow NTEU's primary attorney to work on a reply brief over the weekend of April 12-13 before leaving the country on the morning of April 14. Further, a deadline of April 16 for NTEU's reply will allow the Court to have the full set of motions papers one week before oral argument on NTEU's motion.

**Defendants' Proposal.** Defendants propose that Defendants file their response to NTEU's motion on **Tuesday, April 15**, and that NTEU files its reply on **Friday, April 18** (**or Monday, April 21**, to accommodate the scheduled travel of one of plaintiff's attorneys).

In support of their position, Defendants respectfully state that given that there are fourteen Defendants—the President and thirteen agencies—and the complexity of the issues involved, Defendants require until Tuesday, April 15 to adequately prepare a response and allow for the necessary review within the Department of Justice and defendant agencies. Defendants further note that while NTEU's counsel has indicated that NTEU's primary attorney is out of the country between April 14–18,[1] that attorney has not indicated that he is unavailable to

---

[1] Defendants have proposed an alternative reply brief deadline of April 21 to accommodate plaintiffs' counsel's travel schedule.

2

work during that time or that the other three attorneys working on this matter cannot work during that period.[2] Defendants additionally observe that plaintiff chose to seek emergency relief despite the planned travel of one of its attorneys during the week before its requested hearing on the motion for emergency relief. For all these reasons, Defendants respectfully request that the Court enter its proposed schedule.

                              Respectfully submitted,

Dated: April 7, 2025

JULIE M. WILSON
General Counsel
D.C. Bar 482946

/s/  Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

LINDSAY DUNN (pro hac vice)
Assistant Counsel
N.Y. Bar 4574224

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org

---

[2] NTEU requests until April 16 for its reply brief, implying that the other Plaintiff attorneys on the matter would be working between April 14 and April 16.

lindsay.dunn@nteu.org

Attorneys for Plaintiff NTEU

Dated: April 7, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

    /s/Lydia J. Jines
LYDIA JINES (MD Bar No. 2205230001)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 353-5652
Fax: (202) 616-8470
Email: Lydia.Jines@usdoj.gov

*Counsel for Defendant*