AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-935

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Wright, Secretary, Dep't of Energy
was received by me on *(date)* 03/31/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served by certified mail, with service received by the defendant on April 7, 2025 (attached) pursuant to Fed.R.Civ.P 4(i)(1)(A)(ii).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/09/2025                                 /s/ Allison C. Giles
                                                *Server's signature*

                                                Allison C. Giles, Assistant Counsel
                                                *Printed name and title*

                                                National Treasury Employees Union
                                                800 K Street, N.W., Suite 1000
                                                Washington, D.C. 20001
                                                *Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE SOUTHEAST AND CENTRAL U.S AND WINTER STORMS IN …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701619620075

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:52 am on April 7, 2025 in WASHINGTON, DC 20585.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20585
April 7, 2025, 9:52 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                    ⌄

USPS Tracking Plus®                     ⌄

Product Information                     ⌄

See Less ⌃

Track Another Package

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To ~~Charles Wright~~ Christofer Wright, Sec.y
Street and Apt. No., or PO Box No. DoE 1000 Independence Ave S.W.
City, State, ZIP+4® Washington, D.C. 20585

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1619 6200 75