THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, <br><br> *Plaintiff*; <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-935-PLF <br><br> Judge Paul L. Friedman |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Preliminary Injunction, Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, and the complete record, it is hereby ORDERED that the Motion is DENIED.

SO ORDERED.


Date: _____          _____
                                                                            HON. PAUL L. FRIEDMAN
                                                                            United States District Judge