## SUPPLEMENTAL DECLARATION OF DANIEL KASPAR

I, Daniel Kaspar, hereby declare as follows:

1.    As previously explained in my April 2, 2025 declaration, I am the Director of Field Operations for NTEU. In that capacity, I am familiar with the agencies where NTEU-represented employees work, as well as the duties those employees perform. I am also familiar with the collective bargaining agreements that we have negotiated with our agencies and whether agencies are complying with those agreements, as well as statutory collective bargaining obligations.

### Agencies' Failure to Honor Dues Withholding Requirements

2.    Federal law requires that "[i]f an agency has received from an employee in an appropriate unit a written assignment which authorizes the agency to deduct from the pay of the employee amounts for the payment of regular and periodic dues of the exclusive representative of the unit, the agency shall honor the assignment and make an appropriate allotment pursuant to the assignment." 5 U.S.C. § 7115(a).

3.    In addition, every collective bargaining agreement that NTEU has with the agencies named as defendants in this action has a provision requiring the agencies to process payroll deductions for dues if the employee so requests.

4.    Payroll for federal employees is processed by different agencies. Many are processed by the National Finance Center (NFC) within the U.S. Department of Agriculture. NTEU-represented agencies that use NFC include the Federal Communications Commission and the Department of Treasury (including the IRS,

IRS Office of Chief Counsel, Bureau of Fiscal Service, Office of the Comptroller of the Currency, Alcohol and Tobacco Tax and Trade Bureau (TTB), and Departmental Offices).

5.    Other agencies have payroll processed by the Interior Business Center (IBC) within the U.S. Department of Interior. NTEU-represented agencies that use IBC include the Bureau of Land Management (BLM) and the Environmental Protection Agency.

6.    Other agencies have payroll processed by the Defense Finance Accounting Service (DFAS) within the U.S. Department of Defense. NTEU-represented agencies that use DFAS include the Department of Energy and the Department of Health and Human Services.

7.    Payroll periods in the federal government are generally every two weeks, although they are numbered differently if employees are paid through different agencies. For example, the two-week pay period of March 9, 2025 through March 22, 2025 is pay period 5 for NFC paid employees, and is pay period 7 for IBC paid employees.

8.    Federal employees are typically paid on or around the second Thursday after the end of a pay period. For example, for the pay period running from March 9, 2025—March 22, 2025, employees would typically receive their pay (after any withholdings are taken out) on or about April 2 or 3, 2025. If the employee elected to have dues withheld and remitted to NTEU, NTEU would typically receive those dues on or about April 1, 2025.

9.      Agencies are stopping payroll deductions for dues payments from NTEU members to NTEU.

10.     For example, IBC stated in a March 28, 2025 email that "[a]s a result of Executive Order 'Exclusions from Federal Labor-Management Relations Programs' published March 27, 2025, the Interior Business Center (IBC) was directed to remove all union deductions from the Pay Period 25-07 calculate file." (Exhibit 1).

11.     Updating an earlier notice, NFC stated in an April 9, 2025 email that it was providing additional information "regarding halting union dues deductions" and was taking action "to ensure the termination of future union deductions[.]" (Exhibit 2).

12.     Consistent with these statements from payroll processing entities, some agencies have notified NTEU that they have stopped dues withholding. For example, TTB told NTEU on April 11, 2025 that "[p]ursuant to the executive order signed on March 27, 2025, *Exclusions from Federal Labor-Management Relations Programs*, the National Finance Center (NFC) will be halting union dues deductions for covered Treasury Bureaus . . . effective pay period 6 (March 23, 2025 through April 5, 2025) and beyond." (Exhibit 3).

13.     At the end of pay period March 9, 2025—March 22, 2025, NTEU lost more than a million dollars in dues that it otherwise would have received, if agencies had not halted automatic dues withholding.

14.    At the end of pay period March 23, 2025—April 6, 2025, NTEU again lost more than a million dollars in dues that it otherwise would have received, if agencies had not halted automatic dues withholding.

### Agencies' Failure to Honor Other Collective Bargaining Obligations

15.    In addition to agencies' refusal to comply with statutory and contractual dues withholding requirements, agencies are refusing to comply with other collective bargaining agreement provisions as well.

16.    For example, the IRS sent out a notice to employees on April 4, 2025, stating that "[t]he IRS has begun implementing a Reduction in Force (RIF) that will result in staffing cuts across multiple offices and job categories." (Exhibit 4). The IRS is beginning this process without following the RIF provisions in the IRS-NTEU collective bargaining agreement, such as required advance notice to NTEU's President.

17.    Indeed, IRS notices to employees affected by the RIF explicitly disavow any obligation to bargain or otherwise follow relevant collective bargaining agreement provisions. The notices state:

> Collective bargaining agreements required additional steps before proceeding with a RIF, including extended negotiation periods and waiting periods. However, President Trump signed an executive order entitled "Exclusions from Federal Labor-Management Relations Programs." Application of the national security exemption from collective-bargaining requirements under this executive order and resulting guidance from the Office of Personnel Management eliminates non-statutory delays in executing a RIF.

(Exhibit 5).

4

18.     Agencies are refusing to sit at the bargaining table with NTEU. For example, BLM stated in an April 2, 2025, email that "[d]ue to the issuance of Executive Order and OPM Guidance: Exclusions From Federal Labor-Management Relations Programs. . .[w]e will be postponing the CBA negotiations scheduled for April 3rd." (Exhibit 6). And on April 11, 2025, BLM told NTEU that it would be postponing a scheduled Labor Management Relations Committee meeting scheduled for April 14 because of the Executive Order. (Exhibit 7).

19.     BLM also stated in an April 8, 2025 email that it would not bargain with NTEU over the agency's offering of a deferred resignation program because "[c]onsistent with Executive Order 14251, 'Exclusions from Federal Labor-Management Relations Programs,' which was issued on March 27, 2025, the BLM is excluded from Chapter 71 of Title 5. . . ." (Exhibit 8).

20.     Agencies are refusing to participate in grievance proceedings. For example, an IRS representative told NTEU staff on April 2, 2025, in connection with a pending national grievance and unfair labor practice charge, that "[d]ue to the Executive Order on Thursday, we are currently in a holding pattern in terms of grievances." (Exhibit 9).

21.     TTB told NTEU on April 14 that as a result of the Executive Order, "TTB has suspended (until further notice) all proceedings under the CBA including but not limited to: grievances under the Negotiated Grievance Process (NGP), Partnership Council, midterm bargaining, and Requests for Information, etc." (Exhibit 10).

22.    On April 10, 2025, a representative from the IRS Office of Chief Counsel refused to move forward with arrangements for a long-scheduled arbitration because they were "awaiting further guidance on the Executive Order relating to the CBA." (Exhibit 11).

23.    Under law (5 U.S.C. § 7131(a)) and under all of NTEU's collective bargaining agreements, NTEU stewards are allowed to request "official time" to conduct representational duties during the workday. But BLM told NTEU on April 1, 2025, that it was disapproving use of "LRG and LRD" for certain dates. (Exhibit 12). These codes mean authorized official time.

24.    Management at the Food and Drug Administration (FDA) told NTEU on March 31, 2025 that "[u]ntil further notice, the FDA is ending labor relation meetings with the exclusive representatives of (NTEU/AFGE) in adherence to the above referenced presidential Executive Order." (Exhibit 13). And the FDA told NTEU April 8, 2025, that NTEU stewards would not be allowed to participate in formal meetings with employees, stating that "to comply with EO 14251, *Exclusions from Federal Labor-Management Relations Programs* . . . management participating in this meeting will not be engaging with NTEU. . . ." (Exhibit 14). On April 9, the FDA rescinded its previous approval of NTEU's presence at a meeting between management and an employee, again citing the Executive Order. (Exhibit 15).

25.    Arbitrators are beginning to stop action on lawfully filed grievances because of the Executive Order, which harms NTEU's ability to carry out its mission of fighting for employee and union rights through grievances. For example,

Arbitrator Stephen E. Alpern informed NTEU on April 3, 2025 that he was staying

further proceedings in a grievance about the validity of the BLM and NTEU

collective bargaining agreement because "the Agency raises the contention that

[pursuant to] an Executive Order 14251 (90 FR 14553, March 27, 2025), the

President excluded the Agency from the provisions of Chapter 7 of title 5, United

States Code." (Exhibit 16).

      26.    The Executive Order is affecting how the Federal Labor Relations

Authority (FLRA) is handling labor relations matters. For example, NTEU has

multiple petitions pending before the FLRA regarding whether various contract

provisions are negotiable or not. For agencies covered by the Executive Order, the

FLRA has issued a series of show cause orders stating:

> On March 27, 2025, President Donald J. Trump amended Executive Order
> 12,171 (1979), pursuant to 5 U.S.C. § 7103(b)(1) and 22 U.S.C. § 4103(b), to
> exclude certain agencies and agency subdivisions from the coverage of the
> Federal Service Labor-Management Relations Statute (the Statute).
> Accordingly, the Authority directs the Union to show cause why the
> Authority should not dismiss this matter for lack of jurisdiction.

(Exhibit 17).

      27.    The FLRA has also paused an unfair labor proceeding brought by

NTEU on behalf of BLM because of the Executive Order. (Exhibit 18).

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on April 16, 2025

Daniel Kaspar

# EXHIBIT 1

**From:** Kate Sylvester <kate.sylvester@NTEU.ORG>
**Sent:** Monday, March 31, 2025 10:00 AM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Peyton Diotalevi <peyton.diotalevi@nteu.org>; ███████████████████
**Subject:** Fw: URGENT: Union Deduction Impacts from a Recent Executive Order

████████

---

**From:** IBC User Group <IBC-User-Group@updates.ibc.doi.gov>
**Sent:** Friday, March 28, 2025 3:35 PM
**To:** Shea, Kathleen M <kshea@blm.gov>
**Subject:** URGENT: Union Deduction Impacts from a Recent Executive Order

# Interior Business Center

**Human Resources Directorate**

### MEMORANDUM

**DATE:** Friday, March 28, 2025

**TO:** All User Group Representatives

**FROM:** Keith O'Neill, Associate Director HRD

**SUBJECT:** URGENT: Union Deduction Impacts from a Recent Executive Order

### PLEASE SHARE THIS MESSAGE WITH YOUR APPROPRIATE AUDIENCES.

Valued Customers,

As a result of Executive Order "[Exclusions from Federal Labor-Management Relations Programs](#)" published March 27, 2025, the Interior Business Center (IBC) was directed to remove all union deductions from the Pay Period 25-07 calculate file.

**Who does this affect?**

This applies to employees only within Pay Processing Groups 1 and 4.

**What is the impact to employees?**

- Employees will see union deductions on their Leave and Earnings statement Pay Period 25-07.
- Employees will get dues amount returned in a future pay period.

**Does this require any agency action?**

At this time, no further actions are required.

**Union Reports - It is important to note:**

- The union reports will display deductions.
- However, it's crucial to understand that the corresponding funds have **not yet been deposited**.

For employee questions or concerns, please contact the Customer Support Center at CSC_IT_Services_Helpdesk@ios.doi.gov or 1-866-367-1272.

Regards,

Keith O'Neill
Associate Director
Human Resources Directorate
Interior Business Center
U.S. Department of the Interior
www.doi.gov/IBC

## Resources:

- IBC Customer Central

For User Group distribution list changes, email Lorraine Manzanares. All requests should come from a Primary Agency User Group Representative.

Stay Connected with the Interior Business Center



This email was sent by: U.S. Department of the Interior – Interior Business Center – 1849 C Street, NW - MS 1748 - Washington, DC - 20240



EXHIBIT 2

**From:** Langdon Ryan C <Ryan.C.Langdon@irs.gov>
**Sent:** Thursday, April 10, 2025 1:51 PM
**Subject:** FW: Update: Executive Order Stopping Union Dues Payroll Deductions

Hello,

We received your 1188 request, please refer to the below email and attached form.

Thanks,

# Ryan Langdon
**HUMAN RESOURCES ASSISTANT**
**IRS, Human Capital Office**
**HR Shared Services: Payroll Operations Center 1 Section 2**
**Human Resources Shared Services (HRSS)**
Phone: (267) 466-2536
Email : Ryan.C.Langdon@IRS.Gov
TOD: 6:00 AM – 2:30 PM, M-F (EST)
Payroll Documents – Fax: (855) 207-0459



FYI

**From:** *HRSS NFChelpdesk
**Sent:** Thursday, April 10, 2025 7:15 AM
**Subject:** [EXT] Update: Executive Order Stopping Union Dues Payroll Deductions

Please review CAPPS notification below and share with your staff if applicable.

## National Finance Center
## CAPPS Notification

# Update: Executive Order Stopping Union Dues Payroll Deductions

April 9, 2025

Reference Number: NFC-1744117663

Dear Customer,

This is an update to the notice issued on April 4, 2025, titled "Follow-Up Executive Order Regarding Union Dues," to provide additional information regarding halting union dues deductions for specific Agencies and occupational series (0081, 0082, 0083, and 0085).

The National Finance Center (NFC) will take following actions in Pay Period (PP) 06 processing:

- Implement system changes in the Personnel Edit Subsystem Edit Messages (PINE) application to ensure the termination of future union deductions and elections within the designated Agencies and occupational series.
- Union deductions will be prevented for the affected employees using deactivation code "90" to stop deductions.
- Reimbursements for ineligible union deductions that occurred during PP05 will occur for affected employees. Employees will see this reimbursement in the remarks field on their Earnings and Leave Statement (E&L)

Attached in this notice, you will find a listing of the of the Department/Agencies affected by the Executive Order. In addition, your Client Management Representative will be providing a separate spreadsheet containing the impacted employees in the specified occupational series, Department/Agency.

**NOTE:** No action is required on the part of the Agency.

Authorized Agency representatives with questions concerning this notification should contact the NFC Contact Center at 1-855-632-4468 or submit a request in the ServiceNow Customer Service Portal using the following links:

- For Federated Users – https://nfcbsm.servicenowservices.com
- For Non-Federated Users
  - Customer Service Management Portal View (Designated CMB POC)
    https://nfcbsm.servicenowservices.com/csm
  - Current Service Portal View (all other users)
    https://nfcbsm.servicenowservices.com/sp_ess

Attachments:

Agency List - Cancelled Union Dues

- Agency List - Cancelled Union Dues.pdf

EXHIBIT 3

 **Outlook**

---

## Fw: Executive Order Stopping Union Dues Payroll Deductions

**From** Dan Kaspar <dan.kaspar@NTEU.ORG>

**Date** Mon 4/14/2025 2:38 PM

**To** Allie Giles <Allie.Giles@NTEU.ORG>

Get Outlook for iOS

---

**From:** William Igoe <william.igoe@NTEU.ORG>
**Sent:** Monday, April 14, 2025 2:36 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Michael McAuley <michael.mcauley@NTEU.ORG>
**Subject:** Executive Order Stopping Union Dues Payroll Deductions

---

**From:** Johnson, Andrea M. <Andrea.Johnson@ttb.gov>
**Sent:** Friday, April 11, 2025 11:16 AM
**Cc:** All TTB SUPERVISORS <ALLTTBSUPERVISORS@ttb.gov>; Aderibigbe, Oyinlola <Oyinlola.Aderibigbe@ttb.gov>;
Martinez, Kameron T. <Kameron.Martinez@ttb.gov>; Johnson, Andrea M. <Andrea.Johnson@ttb.gov>
**Subject:** Executive Order Stopping Union Dues Payroll Deductions

Good day,

**\*\*This message applies only to those TTB employees coded as bargaining unit.  Supervisors are copied for context.\*\***

Pursuant to the executive order signed on March 27, 2025, _Exclusions From Federal Labor-Management Relations Programs_, the National Finance Center (NFC) will be halting union dues deductions for covered Treasury Bureaus, to include TTB, as outlined in the executive order effective pay period 6 (March 23, 2025 through April 5, 2025) and beyond.  Any union dues elections that were being deducted from an employee's pay will automatically be cancelled by the National Finance Center.

Please direct any questions to your supervisor or HR Business Partner.

Regards,
Andrea Johnson
Human Resources Specialist
Alcohol and Tobacco Tax and Trade Bureau (TTB)
Office:  (202) 453-2166
https://www.ttb.gov/



This message was secured by **Zix**®.

EXHIBIT 4

**From:** Doreen Greenwald <doreen.greenwald@NTEU.ORG>
**Sent:** Friday, April 4, 2025 4:17 PM
**To:** 
**Subject:** FW: Reduction in Force (RIF) process is beginning

**From:** *IRS Human Capital Officer <irs.human.capital.officer@irs.gov>
**Sent:** Friday, April 4, 2025 4:01 PM
**To:** &&Employees All <employees.all@irs.gov>
**Subject:** Reduction in Force (RIF) process is beginning

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

The IRS has begun implementing a Reduction in Force (RIF) that will result in staffing cuts across multiple offices and job categories. This action is being taken to increase the efficiency and effectiveness of the IRS in accordance with agency priorities and the Workforce Optimization Initiative outlined in a recent Executive Order.

Today, the IRS initiated a RIF for the Office of Civil Rights and Compliance (formerly the Office of Equity, Diversity and Inclusion). This calendar year to date, approximately 5% of this office left through the Deferred Resignation Program and attrition. An additional 75% of the office will be reduced through a RIF. The remaining employees in the OCRC will move under the Office of Chief Counsel to continue to carry out its statutory responsibilities. None of the reductions were made today based on individual performance. The reductions were made in accordance with statute.

**What to expect**

- The RIF will be implemented in phases. **This message is only notification that the IRS has begun the RIF process and does not serve as your official notification.** Each office will receive direct communication when their phase begins.

- **Individual RIF notices** will be issued to impacted employees at least 30-60 days prior to the effective date of any personnel action, as required by the Office of Personnel Management (OPM) guidelines.
- **Personnel reassignments including relocations** will stop effective April 4, 2025. With limited exceptions, all actions with an effective date after April 4, 2025, will be canceled. If you are currently on a detail or temporary promotion, it will not be canceled. Detailed information on exceptions is included in the FAQs.
- We have received approval to offer **VERA (Voluntary Early Retirement Authority) and VSIP (Voluntary Separation Incentive Payment)**. More information, including the specific dates and FAQs, will be shared with you next week.

**Action you need to take:**

- **Upload a current resume to HRConnect by April 14, 2025** using these instructions (.docx). HCO will use your resume to determine qualifications during a RIF. If you choose not to upload a resume and are impacted by RIF, the Human Capital Office will use your current position description to determine qualifications. No resumes will be accepted outside of the HRConnect upload feature. If you cannot access HRConnect, you can work with your supervisor.
- **Training:** View the new Reduction in Force (RIF) Briefing - Understanding the Process, Your Rights, and Benefits Course 85139 in ITM.

**What resources are available:**

- Workforce Updates page, including RIF Q&A, with new information added as available.
- Employee Assistance Program (EAP), with confidential counseling and support services available.
- Resume resources:
  - USAJOBS Help Center - What should I include in my resume?
  - iManage - Resume Writing
- Additional guidance on the RIF process is available through OPM:
  - Guidance on Agency RIF and Reorganization Plans Requested by Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative (.pdf)
  - Workforce Reshaping Operations Handbook (.pdf)

We remain committed to sharing information as soon as it becomes available and ensuring all employees have access to resources and support.

Thank you for your continued professionalism and commitment to supporting our mission.

EXHIBIT 5



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

April 4, 2025

MEMORANDUM FOR ████████████

FROM            Melanie Krause    *Melanie Krause*
                Acting Commissioner, Internal Revenue Service

Subject:        Reduction in Force Notice – Change to Lower Grade

This memorandum constitutes your official Reduction in Force (RIF) Change to Lower Grade (CLG) notice.

The Internal Revenue Service has determined it is necessary to abolish some positions in the Office of Civil Rights and Compliance, formerly known as the Office of Equity, Diversity, and Inclusion, to further workforce shaping efforts in accordance with the "Agency RIF and Reorganization Plans Requested by Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative" guidance. Collective bargaining agreements required additional steps before proceeding with a RIF, including extended negotiation periods and waiting periods. However, President Trump signed an executive order entitled "Exclusions from Federal Labor-Management Relations Programs." Application of the national security exemption from collective-bargaining requirements under this executive order and resulting guidance from the Office of Personnel Management eliminates non-statutory delays in executing a RIF.

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date: 6/3/2025.

Position of Record:  Management & Program Anal, GS-0343-13
Competitive Area:    Office of Civil Rights and Compliance, formerly known as the Office of
                     Equity, Diversity, and Inclusion
Competitive Level:   GS-0343-13-2480
Tenure Group:        1
Sub-Group:           AD
Type of Service:     COMPETITIVE
Service Computation Date (RIF):  8/13/2010
Performance Rating: RATING 1 DATE: 03/31/2023 | RATING 1 SCORE: EXCEEDS FULLY SUCCESSFUL OR EXCEEDED
RATING 2 DATE: 02/28/2022 | RATING 2 SCORE: EXCEEDS FULLY SUCCESSFUL OR EXCEEDED
RATING 3 DATE: 02/28/2021 | RATING 3 SCORE: EXCEEDS FULLY SUCCESSFUL OR EXCEEDED
RATING 4 DATE: NO DATE  | RATING 4 SCORE: NO RATING

Attachment

Adjusted Service Computation Date (RIF): 8/13/1994

In accordance with RIF procedures specified in Title 5, Code of Federal Regulations, Part 351, you were released from your competitive level but are being offered a CLG to the following position:

Position:      GS-0260-12
Position Description Number:  S927840027
Location:     OFC OF CIVIL RIGHTS AND COMPL
              EQUAL EMPLOYMENT OPPORTUNITY
              EEO - TERRITORY 2

This offer of continuing employment is the best offer available.

If you accept this offer:
- You must sign and email the attached Offer Reply Form to hco.ta.workforce.shaping@irs.gov within five (5) workdays of receipt of this notice.
- Your CLG will be effective the pay period immediately following the RIF effective date of: 6/3/2025.

If you decline or fail to respond to this offer within five (5) workdays, it will be considered a declination of the position offered to you in this notice. Consequently, you will be separated by RIF procedures on 6/3/2025.

If you are separated by the RIF because you declined a reasonable offer (defined as not more than two grade or pay levels below your current position), you will not be eligible for severance pay, or discontinued service retirement (even if you previously met the criteria for these entitlements).

- If you are RIF separated:
  - You will be eligible for the IRS Career Transition Assistance Plan (CTAP), registration on the Treasury Department's Reemployment Priority List (RPL), and special selection priority under the Interagency Career Transition Assistance Plan (ICTAP)
  - You may be eligible for benefits available to you under the Workforce Investment Act (WIA) of 1998

This RIF action does not reflect in any way upon your performance or conduct. The Internal Revenue Service sincerely appreciates the contributions you have made during your employment and regrets that you have been personally affected by this reduction in force.

**Appeal and Grievance Rights**

<u>Merit Systems Protection Board</u>
If you are separated by RIF procedures and you believe your rights have been violated, you may appeal the RIF action to the Merit Systems Protection Board,  MSPB's e-Appeal Online website. Your appeal must be submitted and must be filed any time during the 30-calendar day period beginning the day after the effective date of the RIF.  Your appeal must contain the

Attachment

information outlined in the attached extract of the MSPB regulations. You may access a complete copy of the MSPB regulations at www.mspb.gov. If you fail to file your appeal within the applicable time limit, the MSPB may dismiss it as untimely filed, unless you can show good cause for the delay. If you file your appeal untimely, the judge will provide you with an opportunity to show why your appeal should not be dismissed as untimely.

Equal Employment Opportunity Commission (EEOC)
If you seek to allege that this RIF action was taken against you based in whole or in part on discrimination because of race, color, religion, sex, age, national origin, or physical or mental disability, you may either (1) join your claim of discrimination with your appeal filed with the Merit Systems Protection Board; or (2) pursue an action under Part 1614 of the EEOC regulations. You may also access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other. Whichever action is filed first will be considered an election to proceed in that forum. An election to proceed before the MSPB is determined as of the date the appeal is filled; and an election to proceed under Part 1614 is determined as of the date a complaint of discrimination is filed.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

If you have questions after reviewing this letter and the attached material, or you are considering resigning, please submit a ticket via IRworks or contact the Employee Resource Center (ERC) at 1-866-743-5748 or via the online chat box at https://connect.irs.gov/system/web/custom/vascripts/erc_launch_va.html, and tell them you received a RIF notice.


The following attachments can be found on https://www.irs.gov/newsroom/irs-employee-emergency-news
- RIF Notice Package - Quick Reference Guide
- RIF Information Sheet
- Benefits/Entitlements
- OPM RIF Regulations (5 CFR, Part 351)
- MSPB Abbreviated Regulations and Appeal Form


Attachment -Offer Reply Form

Attachment

**OFFER REPLY FORM**

**PLEASE COMPLETE AND EMAIL THIS FORM WITHIN 5 WORKDAYS TO:**
hco.ta.workforce.shaping@irs.gov

**THIS FORM MUST BE RECEIVED NO LATER THAN CLOSE OF BUSINESS ON THE 5TH WORKDAY FROM THE DATE OF RECEIPT OF THE RIF NOTICE.  (The notice receipt date is not included in the 5 workdays.)**

**FAILURE TO RETURN THIS FORM WITHIN 5 WORKDAYS WILL BE CONSIDERED A DECLINATION.**
--------------------------------------------------------------------------------

Name:  __███████████

Present Organization and Post of Duty:

      Management & Program Anal, GS-0343-13
      INTERNAL REVENUE SERVICE OFC OF CIVIL RIGHTS AND COMPL DIVERSITY & INCLUSION DIVISION DIV,STRTGY&PROACT RES SVCS SEC

Position Offered in RIF Notice:

      GS-0260-12
      Position Description Number:  S927840027
      OFC OF CIVIL RIGHTS AND COMPL
      EQUAL EMPLOYMENT OPPORTUNITY
      EEO - TERRITORY 2

Please check one:

_____     I **ACCEPT** the position offered above.

_____     I **DECLINE** the position offered above.  I understand that, because of this declination, I will be separated from the Federal Service by RIF procedures on 6/3/2025, and that if this was a reasonable offer (defined as not more than two grade or pay levels below your current position), I will not be eligible for severance pay or discontinued service retirement (even if I previously met the criteria for these entitlements).

Employee Signature*: ____████████████_____  Date:  _____

*Electronic or hand signatures are acceptable

EXHIBIT 6

**From:** Arathi Premkumar <arathi.premkumar@NTEU.ORG>
**Sent:** Wednesday, April 2, 2025 6:51 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Subject:** FW: CBA Negotiations: Postponement of April 3rd CBA Bargaining

---

**From:** Johnston, Lisa J <ljjohnston@blm.gov>
**Sent:** Wednesday, April 2, 2025 2:18 PM
**To:** Leib, Lauren A <lleib@blm.gov>; Ken Moffett <ken.moffett@NTEU.ORG>; Arathi Premkumar <arathi.premkumar@NTEU.ORG>
**Cc:** Hutcherson, Sheila K <shutcherson@blm.gov>; McNeer, Laura K <lmcneer@blm.gov>; Mishkin, Maximillian R <mmishkin@blm.gov>
**Subject:** CBA Negotiations: Postponement of April 3rd CBA Bargaining

> **Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Good afternoon all,

Due to the issuance of Executive Order and OPM Guidance: Exclusions From Federal Labor-Management Relations Programs:

https://www.whitehouse.gov/presidential-actions/2025/03/exclusions-from-federal-labor-management-relations-programs/

https://www.chcoc.gov/content/guidance-executive-order-exclusions-federal-labor-management-programs

We will be postponing the CBA negotiations scheduled for April 3rd

**Lisa J Johnston**

**ER/LR Specialist**
**New Mexico BLM**
**(505) 709-7888**

EXHIBIT 7

**From:** Arathi Premkumar <arathi.premkumar@NTEU.ORG>
**Sent:** Friday, April 11, 2025 1:42 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Subject:** FW: April 14th LMRC meeting postponed

---

**From:** Johnston, Lisa J <ljjohnston@blm.gov>
**Sent:** Friday, April 11, 2025 9:32 AM
**To:** Arathi Premkumar <arathi.premkumar@NTEU.ORG>; Leib, Lauren A <lleib@blm.gov>
**Cc:** Hutcherson, Sheila K <shutcherson@blm.gov>; McNeer, Laura K <lmcneer@blm.gov>
**Subject:** April 14th LMRC meeting postponed

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Good morning all,

Due to the issuance of Executive Order and OPM Guidance: Exclusions From Federal Labor-Management Relations Programs:

https://www.whitehouse.gov/presidential-actions/2025/03/exclusions-from-federal-labor-management-relations-programs/

https://www.chcoc.gov/content/guidance-executive-order-exclusions-federal-labor-management-programs

We will be postponing the April 14th LMRC meeting.

**Lisa J Johnston**

**ER/LR Specialist**
**New Mexico BLM**
**(505) 709-7888**

EXHIBIT 8

**Sent:** Tuesday, April 8, 2025 10:44 AM

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Cc:** Peyton Diotalevi <peyton.diotalevi@nteu.org>; Dan Kaspar <dan.kaspar@NTEU.ORG>

**Subject:** Fw: Department's Deferred Resignation/Retirement Program - Open Period April 4, 2025 - April 9, 2025

▮▮▮▮▮▮▮▮▮▮

**From:** McNeer, Laura K <lmcneer@blm.gov>

**Sent:** Tuesday, April 8, 2025 10:42 AM

**To:** Kate Sylvester <kate.sylvester@NTEU.ORG>

**Cc:** BLM_Labor_Relations_Support <BLM_Labor_Relations_Support@blm.gov>

**Subject:** RE: Department's Deferred Resignation/Retirement Program - Open Period April 4, 2025 - April 9, 2025

> **Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Good morning,

Consistent with Executive Order 14251, "Exclusions from Federal Labor-Management Relations Programs," which was issued on March 27, 2025, the BLM is excluded from Chapter 71 of Title 5 and will not bargain.

Thank You,



Laura McNeer
Lead Human Resources Specialist (Labor/Employee Relations)
Bureau of Land Management (Headquarters)
Cell: 385-315-6498
Email: lmcneer@blm.gov

EXHIBIT 9

**From:** Ken Moffett <ken.moffett@NTEU.ORG>
**Sent:** Wednesday, April 2, 2025 11:15 AM
**To:** Doreen Greenwald <doreen.greenwald@NTEU.ORG>; Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Ken Moffett <ken.moffett@NTEU.ORG>
**Subject:** FW: [EXT] Re: National Grievance and Unfair Labor Practice Charge — Unilateral Implementation of SB/SE Exam High-Income/High-Wealth Work Project in Violation of the 2022 National Agreement and 5 U.S.C. § 7116(a)(1), (5), and (8)

███████████████████████████████████████████████

**From:** Jack Jarrett <jack.jarrett@NTEU.ORG>
**Sent:** Wednesday, April 2, 2025 11:08 AM
**To:** Ken Moffett <ken.moffett@NTEU.ORG>; Ryan Soon <ryan.soon@NTEU.ORG>; Rani Rolston <rani.rolston@NTEU.ORG>
**Subject:** Fw: [EXT] Re: National Grievance and Unfair Labor Practice Charge — Unilateral Implementation of SB/SE Exam High-Income/High-Wealth Work Project in Violation of the 2022 National Agreement and 5 U.S.C. § 7116(a)(1), (5), and (8)

███████████████████████████████

**From:** Johnson Heather L
**Sent:** Wednesday, April 2, 2025 11:04 AM
**To:** Jack Jarrett
**Cc:** Stratton Christopher R; McCrimmon Sharrean J
**Subject:** RE: [EXT] Re: National Grievance and Unfair Labor Practice Charge — Unilateral Implementation of SB/SE Exam High-Income/High-Wealth Work Project in Violation of the 2022 National Agreement and 5 U.S.C. § 7116(a)(1), (5), and (8)

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Due to the Executive Order on Thursday, we are currently in a holding pattern in terms of grievances. So, we cannot address the "Project A" grievance until we get direction from the Secretary.

However, for this particular matter, I did speak to the Business unit. Due to the upheaval that the service is currently facing, they have abandoned this initiative for now. I hope this gives you some clarity while we wait.

Thanks!

**From:** Jack Jarrett <jack.jarrett@NTEU.ORG>
**Sent:** Monday, March 31, 2025 8:26 AM
**To:** Johnson Heather L <Heather.L.Johnson2@irs.gov>
**Cc:** Stratton Christopher R <Christopher.R.Stratton@irs.gov>; McCrimmon Sharrean J <Sharrean.J.McCrimmon@irs.gov>
**Subject:** [EXT] Re: National Grievance and Unfair Labor Practice Charge — Unilateral Implementation of SB/SE Exam High-Income/High-Wealth Work Project in Violation of the 2022 National Agreement and 5 U.S.C. § 7116(a)(1), (5), and (8)

No problem.  Just let me know when works.

**From:** Johnson Heather L <Heather.L.Johnson2@irs.gov>
**Sent:** Monday, March 31, 2025 8:02 AM
**To:** Jack Jarrett <jack.jarrett@NTEU.ORG>
**Cc:** Stratton Christopher R <Christopher.R.Stratton@irs.gov>; McCrimmon Sharrean J <Sharrean.J.McCrimmon@irs.gov>
**Subject:** National Grievance and Unfair Labor Practice Charge — Unilateral Implementation of SB/SE Exam High-Income/High-Wealth Work Project in Violation of the 2022 National Agreement and 5 U.S.C. § 7116(a)(1), (5), and (8)

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Hi Jack,

I'm not sure if you received acknowledgement from LRSN of receipt of the above referenced grievance. I will work on this and reach out to you regarding a grievance meeting.

I apologize for the delayed response.

Thanks!

Heather L. Johnson, M. Div. J.D.

Labor Relations Specialist

Labor Relations Strategy & Negotiations (LRSN)

Labor/Employee Relations & Negotiations (LERN)

1st Friday Short (8:00am    4:30pm); 2nd Friday off

2888 Woodcock Blvd.

Atlanta, Georgia 30341

(470) 719-6749

EXHIBIT 10

**Sent:** Monday, April 14, 2025 2:41 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Subject:** FW: Grievance filed on behalf of NTEU and all Bargaining Unit employees impacted by the TTB elimination of telework and remote work options.

███████████████████████████████████████████

**From:** Trivers, Geoffrey A. <Geoffrey.Trivers@ttb.gov>
**Sent:** Monday, April 14, 2025 8:56 AM
**To:** William Igoe <william.igoe@NTEU.ORG>
**Cc:** Michael McAuley <michael.mcauley@NTEU.ORG>; Mary R. Ryan <mary.ryan@fiscal.treasury.gov>; Hodge, Marlo A. <Marlo.Hodge@ttb.gov>; Johnson, Andrea M. <Andrea.Johnson@ttb.gov>
**Subject:** RE: Grievance filed on behalf of NTEU and all Bargaining Unit employees impacted by the TTB elimination of telework and remote work options.

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Will
TTB does not intend to respond to the grievance request and the information request in the foreseeable future.

As a result of EO 14251, TTB has suspended (until further notice) all proceedings under the CBA including but not limited to: grievances under the Negotiated Grievance Process (NGP), Partnership Council, midterm bargaining, and Requests for Information, etc.

Please note that employees may transition NGP grievances to TTB's Administrative Grievance Process.

R
Geoff


Geoffrey Trivers, DBA, SPHR, SHRM-SCP
Human Resources Officer
Alcohol and Tobacco Tax and Trade Bureau (TTB)
202 306-5971 (mobile)

---

**From:** William Igoe <william.igoe@NTEU.ORG>
**Sent:** Friday, April 11, 2025 3:48 PM
**To:** Johnson, Andrea M. <Andrea.Johnson@ttb.gov>; Trivers, Geoffrey A. <Geoffrey.Trivers@ttb.gov>
**Cc:** Michael McAuley <michael.mcauley@NTEU.ORG>; Mary R. Ryan <mary.ryan@fiscal.treasury.gov>; Hodge, Marlo A. <Marlo.Hodge@ttb.gov>
**Subject:** [EXTERNAL]RE: Grievance filed on behalf of NTEU and all Bargaining Unit employees impacted by the TTB elimination of telework and remote work options.

**CAUTION:**This email has originated from an external entity. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

Goeffrey and Andrea,

Please let me know if you intend to respond to the grievance request and the information request.

Thank you,

Will Igoe

---

**From:** Johnson, Andrea M. <Andrea.Johnson@ttb.gov>
**Sent:** Wednesday, March 19, 2025 11:10 AM
**To:** William Igoe <william.igoe@NTEU.ORG>; Trivers, Geoffrey A. <Geoffrey.Trivers@ttb.gov>
**Cc:** Michael McAuley <michael.mcauley@NTEU.ORG>; Mary R. Ryan <mary.ryan@fiscal.treasury.gov>; Hodge, Marlo A. <Marlo.Hodge@ttb.gov>
**Subject:** RE: Grievance filed on behalf of NTEU and all Bargaining Unit employees impacted by the TTB elimination of telework and remote work options.

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Thank you and no worries.

Regards,
Andrea Johnson
Human Resources Specialist
Alcohol and Tobacco Tax and Trade Bureau (TTB)
Office:  (202) 453 2166
https://www.ttb.gov/



**From:** William Igoe <<u>william.igoe@NTEU.ORG</u>>
**Sent:** Wednesday, March 19, 2025 12:05 PM
**To:** Johnson, Andrea M. <<u>Andrea.Johnson@ttb.gov</u>>; Trivers, Geoffrey A. <<u>Geoffrey.Trivers@ttb.gov</u>>
**Cc:** Michael McAuley <<u>michael.mcauley@NTEU.ORG</u>>; Mary R. Ryan <<u>mary.ryan@fiscal.treasury.gov</u>>; Hodge, Marlo A. <<u>Marlo.Hodge@ttb.gov</u>>
**Subject:** [EXTERNAL]RE: Grievance filed on behalf of NTEU and all Bargaining Unit employees impacted by the TTB elimination of telework and remote work options.

<span style="color:red">**CAUTION:**</span>This email has originated from an external entity. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

Attached is the grievance. I apologize for my mistake.

---

**From:** Johnson, Andrea M. <<u>Andrea.Johnson@ttb.gov</u>>
**Sent:** Wednesday, March 19, 2025 10:44 AM
**To:** William Igoe <<u>william.igoe@NTEU.ORG</u>>; Trivers, Geoffrey A. <<u>Geoffrey.Trivers@ttb.gov</u>>
**Cc:** Michael McAuley <<u>michael.mcauley@NTEU.ORG</u>>; Mary R. Ryan <<u>mary.ryan@fiscal.treasury.gov</u>>; Hodge, Marlo A. <<u>Marlo.Hodge@ttb.gov</u>>
**Subject:** RE: Grievance filed on behalf of NTEU and all Bargaining Unit employees impacted by the TTB elimination of telework and remote work options.

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Hi William:

You provided us with the same document in both attachments.  Can you please send us the grievance?

Regards,
Andrea Johnson
Human Resources Specialist
Alcohol and Tobacco Tax and Trade Bureau (TTB)
Office:  (202) 453-2166
<u>https://www.ttb.gov/</u>



---

**From:** William Igoe <<u>william.igoe@NTEU.ORG</u>>
**Sent:** Wednesday, March 19, 2025 11:11 AM
**To:** Trivers, Geoffrey A. <<u>Geoffrey.Trivers@ttb.gov</u>>; Johnson, Andrea M. <<u>Andrea.Johnson@ttb.gov</u>>
**Cc:** Michael McAuley <<u>michael.mcauley@NTEU.ORG</u>>; Mary R. Ryan <<u>mary.ryan@fiscal.treasury.gov</u>>; Hodge, Marlo A. <<u>Marlo.Hodge@ttb.gov</u>>

**Subject:** [EXTERNAL]Grievance filed on behalf of NTEU and all Bargaining Unit employees impacted by the TTB elimination of telework and remote work options.

**CAUTION:**This email has originated from an external entity. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

Ms. Johnson, and Mr. Trivers,

NTEU hereby formally submits the attached grievance(s) on behalf of all affected employees, and NTEU. If you are not the appropriate point of contact to address this matter, kindly forward the grievance to the designated TTB official and ensure a copy is cc'd to this email address.

Also, NTEU would like this filing to be processed as one grievance for efficiency. If you disagree, the filing can instead be treated as two separate grievances, with the ULP (Unfair Labor Practice) issues processed independently. Let me know if you agree.

Sincerely,


William Igoe
Assistant Counsel
National Treasury Employees Union
33 North LaSalle Street, Suite 1700
Chicago, IL 60602
(312) 451-1075 (Telephone)
(312) 977-0693 (Facsimile)
https://www.nteu.org/join





EXHIBIT 11

**From:** Gretchen Paulig <gretchen.paulig@NTEU.ORG>
**Sent:** Thursday, April 10, 2025 4:59 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>; Julie Lenggenhager <julie.lenggenhager@NTEU.ORG>
**Subject:** FW: [EXT] RE: Rescheduled Arbitration - V. Robinson

[REDACTED]

**From:** Elizabeth Reyes <elizabeth.reyes@NTEU.ORG>
**Sent:** Thursday, April 10, 2025 3:52 PM
**To:** Gretchen Paulig <gretchen.paulig@NTEU.ORG>
**Subject:** FW: [EXT] RE: Rescheduled Arbitration - V. Robinson

[REDACTED]

**From:** Bugaj Jennifer E <Jennifer.E.Bugaj@IRSCOUNSEL.TREAS.GOV>
**Sent:** Thursday, April 10, 2025 3:28 PM
**To:** Elizabeth Reyes <elizabeth.reyes@NTEU.ORG>
**Subject:** RE: [EXT] RE: Rescheduled Arbitration - V. Robinson

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Hi Elizabeth,

We are currently awaiting further guidance on the Executive Order relating to the CBA. For this reason, I cannot make arrangements regarding this hearing at this time, nor commit to travel plans or location for this hearing until Department of the Treasury provides final guidance on the collective bargaining

agreement.  I will get back to you once there is an update on that; hopefully there will be a resolution soon.

Thank you,

**Jennifer E. Bugaj**
Senior Counsel (GLS)
Office of Chief Counsel (IRS) — Chicago
Ph: 312.292.2281

EXHIBIT 12

**From:** Kate Sylvester <kate.sylvester@NTEU.ORG>
**Sent:** Tuesday, April 1, 2025 7:12 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Peyton Diotalevi <peyton.diotalevi@nteu.org>
**Subject:** Re: Change in Decision: LRD and LRG not approved

████████████████████████

LRT = Term Negotiations, including preparation
LRM = Mid-Term Negotiations, including preparation

LRG = General Labor-Management Relations (all contract, administration and representational activities except negotiations, grievances, appeals and complaints)
LRD = Dispute Resolution, Grievances, Appeals, and Complaints, including preparing and presenting

b.   the requested date

c.   the requested start time

d.   the requested end date

e.   the requested end time

f.   the total number of official time hours requested

g.   remarks, including a general description of the activity for which official time will be used.

Sent from my iPhone

On Apr 1, 2025, at 6:53 PM, Dan Kaspar <dan.kaspar@nteu.org> wrote:

███████████████████████████

Daniel J. Kaspar (he/him)
Director of Field Operations & Organizing
National Treasury Employees Union
800 K Street, NW - Suite 1000
Washington, D.C. 20001
(202) 572-5500, ext. 6346

**From:** Kate Sylvester <kate.sylvester@NTEU.ORG>
**Sent:** Tuesday, April 1, 2025 5:16 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>; Peyton Diotalevi <peyton.diotalevi@nteu.org>
**Subject:** Fwd: Change in Decision: LRD and LRG not approved

██

███████████

Begin forwarded message:

> **From:** "Davidson, Zoe M" <zdavidson@blm.gov>
> **Date:** April 1, 2025 at 4:47:24 PM EDT
> **To:** Kate Sylvester <kate.sylvester@nteu.org>, "Paulete, Francisca
> (Panchita )" <fpaulete@blm.gov>
> **Subject: FW: Change in Decision: LRD and LRG not approved**
>
> **Caution:** This message originated from outside of the organization.
> Do Not Click links or Open attachments unless you recognize the
> sender and know the content is safe.
>
> FYI
>
> **From:** McIntosh, Stacie J <s05mcint@blm.gov>
> **Sent:** Tuesday, April 1, 2025 4:40 PM
> **To:** Davidson, Zoe M <zdavidson@blm.gov>
> **Subject:** Change in Decision: LRD and LRG not approved
>
> Hi Zoe,
>
> On March 27, 2025 EO "Exclusions from Federal Labor-Management
> Relations Program " was issued by President Trump . As a result of this order , I
> am unable to approve LRG (1598957) for March 27-31 and April 1-4, 2025 and
> LRD (1598960) for April 4, 2025, as requested. This email constitutes my
> change in decision to disapproved for the use of LRG and LRD on the dates
> indicated.
>
> Stacie

Deputy Assistant Director

Resources and Planning Directorate

Bureau of Land Management

(907) 378-3815 c

# EXHIBIT 13

**From:** Doug Sanders <doug.sanders@NTEU.ORG>
**Sent:** Wednesday, April 9, 2025 1:30 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Kathryn Huth <kathryn.huth@NTEU.ORG>
**Subject:** FW: NTEU 254: Request for briefing on proposed offices moves for Article 6, Section 5(B) Notice at CDER-St. Louis (week of 3/31/2025)


**Douglas L. Sanders**
**Assistant Counsel and National Field Representative**
National Treasury Employees Union, Denver Field Office
1355 S. Colorado Blvd., Ste. C-210
Denver, CO 80222
303/295-6301 x6413


This email message and any attachments is intended only for the named recipient(s). It may contain information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law and may not be forwarded, disclosed or otherwise utilized without the express permission of the sender. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, do not review the contents, please notify the sender and then delete the message.


**From:** Rogers, Stephanie <Stephanie.Rogers@fda.hhs.gov>
**Sent:** Wednesday, April 9, 2025 11:19 AM
**To:** Doug Sanders <doug.sanders@NTEU.ORG>

**Subject:** FW: NTEU 254: Request for briefing on proposed offices moves for Article 6, Section 5(B) Notice at CDER-St. Louis (week of 3/31/2025)

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

███████████████████████████████████████████

**Stephanie Rogers**

*Chapter President NTEU 254*

**U.S. Food and Drug Administration**

T: 303-236-9638

Stephanie.Rogers@fda.hhs.gov



---

**From:** Cabrera, Naomi <Naomi.Cabrera@fda.hhs.gov>
**Sent:** Monday, March 31, 2025 9:34 AM
**To:** Smith, Anjanette P <Anjanette.Smith@fda.hhs.gov>
**Cc:** Rodriguez, Jason <Jason.Rodriguez@fda.hhs.gov>; Rivas, Elaine M <Elaine.Rivas@fda.hhs.gov>; Rogers, Stephanie <Stephanie.Rogers@fda.hhs.gov>; Stubbs, Latrecia <Latrecia.Stubbs@fda.hhs.gov>
**Subject:** RE: NTEU 254: Request for briefing on proposed offices moves for Article 6, Section 5(B) Notice at CDER-St. Louis (week of 3/31/2025)

Good morning,

Please see correction (highlighted) to the guidance below:

On March 27, 2025, President Trump signed an executive order entitled *Exclusions from Federal Labor-Management Relations Programs* (*Exclusions*). This order invoked the President's authority under 5 U.S.C § 7103(b)(1) and 22 U.S.C. § 4103(b) to exempt agencies and agency subdivisions from the provisions of the Federal Service Labor-Management Relations Statute and the Foreign Service Labor-Management Relations Statute (individually and collectively, the FSLMRS).

Until further notice, the FDA is postponing any scheduled labor relation meetings currently.

Very Respectfully,

**Naomi Cabrera,**
Labor Relations Specialist
Division of Employee and Labor Relations (DELR)
Office of Human Capital Management (OHCM)
Office of Operations (OO)
Office of the Commissioner (OC)
U.S. Food and Drug Administration (FDA)
email: naomi.cabrera@fda.hhs.gov

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, phone, or fax, and destroy the original message and all copies.

**From:** Cabrera, Naomi
**Sent:** Monday, March 31, 2025 9:02 AM
**To:** Smith, Anjanette P <Anjanette.Smith@fda.hhs.gov>
**Cc:** Rodriguez, Jason <Jason.Rodriguez@fda.hhs.gov>; Rivas, Elaine M <Elaine.Rivas@fda.hhs.gov>; Rogers, Stephanie <Stephanie.Rogers@fda.hhs.gov>; Stubbs, Latrecia <Latrecia.Stubbs@fda.hhs.gov>
**Subject:** RE: NTEU 254: Request for briefing on proposed offices moves for Article 6, Section 5(B) Notice at CDER-St. Louis (week of 3/31/2025)

Good morning,

On March 27, 2025, President Trump signed an executive order entitled *Exclusions from Federal Labor-Management Relations Programs* (*Exclusions*). This order invoked the President's authority under 5 U.S.C § 7103(b)(1) and 22 U.S.C. § 4103(b) to exempt agencies and agency subdivisions from the provisions of the Federal Service Labor-Management Relations Statute and the Foreign Service Labor-Management Relations Statute (individually and collectively, the FSLMRS).
Until further notice, the FDA is ending labor relation meetings with the exclusive representatives of (NTEU/AFGE) in adherence to the above referenced presidential Executive Order.

Very Respectfully,

**Naomi Cabrera,**
Labor Relations Specialist
Division of Employee and Labor Relations (DELR)
Office of Human Capital Management (OHCM)
Office of Operations (OO)
Office of the Commissioner (OC)
U.S. Food and Drug Administration (FDA)
email: naomi.cabrera@fda.hhs.gov

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, phone, or fax, and destroy the original message and all copies.

EXHIBIT 14

**From:** Doug Sanders <doug.sanders@NTEU.ORG>
**Sent:** Thursday, April 10, 2025 4:45 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Kathryn Huth <kathryn.huth@NTEU.ORG>
**Subject:** FW: NTEU 254: BUE denied union representation during meeting with supervisor.

**Douglas L. Sanders**
**Assistant Counsel and National Field Representative**
National Treasury Employees Union, Denver Field Office
1355 S. Colorado Blvd., Ste. C-210
Denver, CO 80222
303/295-6301 x6413

This email message and any attachments is intended only for the named recipient(s). It may contain information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law and may not be forwarded, disclosed or otherwise utilized without the express permission of the sender. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, do not review the contents, please notify the sender and then delete the message.

**From:** Rogers, Stephanie <Stephanie.Rogers@fda.hhs.gov>
**Sent:** Thursday, April 10, 2025 9:22 AM
**To:** Doug Sanders <doug.sanders@NTEU.ORG>
**Subject:** FW: NTEU 254: BUE denied union representation during meeting with supervisor.

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.



**Stephanie Rogers**
*Chapter President NTEU 254*

**U.S. Food and Drug Administration**
T: 303-236-9638
Stephanie.Rogers@fda.hhs.gov



---

**From:** Smith, Anjanette P <Anjanette.Smith@fda.hhs.gov>
**Sent:** Thursday, April 10, 2025 9:21 AM
**To:** Rogers, Stephanie <Stephanie.Rogers@fda.hhs.gov>; Stubbs, Latrecia <Latrecia.Stubbs@fda.hhs.gov>
**Subject:** NTEU 254: BUE denied union representation during meeting with supervisor.

Good morning Stephanie and Latrecia,

The BUE requested Union representation during a 1 to 1 meeting with the supervisor, and the supervisor agreed. Later, the supervisor rescinded because of guidance on revocation of EO 14119 and *"cease the use of pre-decisional involvement of labor unions and employees in agency matters"*. Though CBA Article 5, section 4 retains the right of the supervisor to meet an employee without Union representation, I am concerned that this guidance may lead to the denial of union representation during Article 7 meetings.

Respectfully,
Anjanette Smith
NTEU Chapter 254 Representative
Food and Drug Administration
St. Louis, MO
Phone: 314-539-3858
Anjanette.Smith@fda.hhs.gov

---

**From:** ███████████████████@fda.hhs.gov>
**Sent:** Wednesday, April 9, 2025 4:01 PM
**To:** Smith, Anjanette P <Anjanette.Smith@fda.hhs.gov>
**Subject:** FW: meetings and NTEU

Hi Anjanette,

████████████████████████████████

Thank you,



---

**From:** Hines, Michelle J <Michelle.Hines@fda.hhs.gov>
**Sent:** Wednesday, April 9, 2025 3:42 PM
**To:** ████████████████████ @fda.hhs.gov>
**Subject:** RE: meetings and NTEU

Good afternoon ████,

After further consideration, I am rescinding my approval of your request to have NTEU present during out meeting tomorrow and any future 1:1s/team meetings. It is not my current practice to have anyone from the union present during our 1:1s or my team meetings.

Thank you in advance,

Michelle J. Hines, Branch Chief
OBMI/DBMI3/BMIB3

EXHIBIT 15

**From:** Doug Sanders <doug.sanders@NTEU.ORG>
**Sent:** Thursday, April 10, 2025 4:45 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Kathryn Huth <kathryn.huth@NTEU.ORG>
**Subject:** FW: NTEU 254: BUE denied union representation during meeting with supervisor.

**Douglas L. Sanders**
**Assistant Counsel and National Field Representative**
National Treasury Employees Union, Denver Field Office
1355 S. Colorado Blvd., Ste. C-210
Denver, CO 80222
303/295-6301 x6413

This email message and any attachments is intended only for the named recipient(s). It may contain information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law and may not be forwarded, disclosed or otherwise utilized without the express permission of the sender. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, do not review the contents, please notify the sender and then delete the message.

**From:** Rogers, Stephanie <Stephanie.Rogers@fda.hhs.gov>
**Sent:** Thursday, April 10, 2025 9:22 AM
**To:** Doug Sanders <doug.sanders@NTEU.ORG>
**Subject:** FW: NTEU 254: BUE denied union representation during meeting with supervisor.

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.



**Stephanie Rogers**
*Chapter President NTEU 254*

**U.S. Food and Drug Administration**
T: 303-236-9638
Stephanie.Rogers@fda.hhs.gov



---

**From:** Smith, Anjanette P <Anjanette.Smith@fda.hhs.gov>
**Sent:** Thursday, April 10, 2025 9:21 AM
**To:** Rogers, Stephanie <Stephanie.Rogers@fda.hhs.gov>; Stubbs, Latrecia <Latrecia.Stubbs@fda.hhs.gov>
**Subject:** NTEU 254: BUE denied union representation during meeting with supervisor.

Good morning Stephanie and Latrecia,

The BUE requested Union representation during a 1 to 1 meeting with the supervisor, and the supervisor agreed. Later, the supervisor rescinded because of guidance on revocation of EO 14119 and *"cease the use of pre-decisional involvement of labor unions and employees in agency matters"*.  Though CBA Article 5, section 4 retains the right of the supervisor to meet an employee without Union representation, I am concerned that this guidance may lead to the denial of union representation during Article 7 meetings.

Respectfully,
Anjanette Smith
NTEU Chapter 254 Representative
Food and Drug Administration
St. Louis, MO
Phone: 314-539-3858
Anjanette.Smith@fda.hhs.gov

---

**From:** ██████████████████████ @fda.hhs.gov>
**Sent:** Wednesday, April 9, 2025 4:01 PM
**To:** Smith, Anjanette P <Anjanette.Smith@fda.hhs.gov>
**Subject:** FW: meetings and NTEU

Hi Anjanette,

██████████████████████████████████████

Thank you,



---

**From:** Hines, Michelle J <<u>Michelle.Hines@fda.hhs.gov</u>>
**Sent:** Wednesday, April 9, 2025 3:42 PM
**To:** ██████████████████<u>@fda.hhs.gov</u>>
**Subject:** RE: meetings and NTEU

Good afternoon ███,

After further consideration, I am rescinding my approval of your request to have NTEU present during out meeting tomorrow and any future 1:1s/team meetings. It is not my current practice to have anyone from the union present during our 1:1s or my team meetings.

Thank you in advance,

Michelle J. Hines, Branch Chief
OBMI/DBMI3/BMIB3

EXHIBIT 16

**From:** Kate Sylvester <kate.sylvester@NTEU.ORG>
**Sent:** Thursday, April 3, 2025 5:05 PM
**To:** Dan Kaspar <dan.kaspar@NTEU.ORG>
**Cc:** Peyton Diotalevi <peyton.diotalevi@nteu.org>
**Subject:** Fw: [EXTERNAL] Re: BLM and NTEU: CBA Repudiation Grievance



**From:** hoya68@gmail.com <hoya68@gmail.com>
**Sent:** Thursday, April 3, 2025 3:20 PM
**To:** 'Nolet, Joshua M' <joshua.nolet@sol.doi.gov>; Kate Sylvester <kate.sylvester@NTEU.ORG>; arbitrator@alpern.us <arbitrator@alpern.us>
**Cc:** 'BLM_Labor_Relations_Support' <BLM_Labor_Relations_Support@blm.gov>
**Subject:** RE: [EXTERNAL] Re: BLM and NTEU: CBA Repudiation Grievance

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Counsel:

I begin with the premise that I have some authority over this dispute. The authority derives from my appointment by the Federal Mediation and Conciliation ("FMCS").

Absent a withdrawal of that appointment by the FMCS, I am obligated to proceed. In the first instance, I must resolve whether I have jurisdiction over the dispute, recognizing that my determination is subject to review by the Federal Labor Relations Authority ("FLRA") and that its determination is not subject to judicial review unless this matter involves an unfair labor practice or if it involves a constitutional issue. See, *AFGE, HUD LOCALS COUNCIL 222, v. FLRA, et al.* (DC Cir No 22-5308 April 23, 2024).

Several issues are raised by the Agency challenging my jurisdiction. The Agency claims that the collective bargaining agreement was rejected by the designee of the Agency head with respect to several of its provisions. Presumably because of that rejection, the collective bargaining agreement never went into effect. In turn, the Union might argue that the rejection was of no effect because the agreement was previously reviewed and approved by the Acting Deputy Secretary of the Department of the Interior. These are issues which I have jurisdiction to resolve, as they are necessary to resolving whether the parties have a valid collective bargaining agreement.

However, the Agency raises the contention that an Executive Order 14251 (90 FR 14553, March 27, 2025), the President excluded the Agency from the provisions of Chapter 7 of title 5, United States Code. This exclusion would mean that the Agency has no authority to enter into a collective bargaining agreement. I would thus have no jurisdiction to resolve disputes between the parties. Whether the exclusion is constitutionally valid is beyond my competence and presumably the FLRA. Instead, this is a matter for resolution by the federal courts. I will stay further proceedings for sixty days. If the Union challenges the Executive Order insofar as it applies to the Agency, the stay shall remain in effect pending final judicial resolution. If the Union does not file a judicial action within that time frame, I will dismiss this action.

I request that the parties inform me of future developments.


Stephen E. Alpern
Arbitrator

www.alpern.us

EXHIBIT 17

**FEDERAL LABOR RELATIONS AUTHORITY**
**WASHINGTON, D.C.**

_____

**NATIONAL TREASURY EMPLOYEES UNION**
**(Union)**

**and**

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**WASHINGTON, D.C.**
**(Agency)**

**0-NG-3731**

_____

**ORDER TO SHOW CAUSE**

**April 4, 2025**

_____

On March 27, 2025, President Donald J. Trump amended Executive Order 12,171 (1979), pursuant to 5 U.S.C. § 7103(b)(1) and 22 U.S.C. § 4103(b), to exclude certain agencies and agency subdivisions from the coverage of the Federal Service Labor-Management Relations Statute (the Statute).[1]  Accordingly, the Authority directs the Union to show cause why the Authority should not dismiss this matter for lack of jurisdiction.[2]  As described further below, the Agency may reply to the Union's response to this order.

The Union must file its response to this order with the Authority by **April 18, 2025**.  The Union's response must also include a statement of service that complies with the Authority's Regulations showing that the Union served its response on all counsel of record or other designated representatives.[3]

The Union should direct its response to Erica Balkum, Chief, Office of Case Intake and Publication, Federal Labor Relations Authority, 1400 K Street NW, Suite 300, Washington, D.C. 20424-0001.  The proper methods for filing documents with the Authority are set forth at § 2429.24(e) of the Authority's Regulations.[4]  As outlined in the

---

[1] Exclusions from Federal Labor-Management Relations Programs, Exec. Order No. 14251 (Mar. 27, 2025), 90 Fed. Reg. 14553 (Apr. 3, 2025).
[2] _See generally U.S. Att'y's Off., S. Dist. of Tex., Hous., Tex._, 57 FLRA 750 (2002) (where President amended Executive Order 12,171 to exclude additional entity from Statute's coverage, Authority ordered affected parties to brief whether Authority lacked jurisdiction over their cases).
[3] 5 C.F.R. § 2429.27(a), (c).
[4] _Id._ § 2429.24(e).

Authority's Regulations, the Union's response to the Authority must be filed by personal delivery, commercial delivery, first-class mail, or certified mail.[5]

The Union's failure to comply with this order by **April 18, 2025**, may result in dismissal of the Union's filing in this case.

If the Agency chooses to file a reply to the Union's response, then the reply must be filed with the Authority within *fourteen days* after service of the Union's response. The Agency's reply must also be filed in accordance with the Authority's Regulations, including the requirement to file a statement of service showing that the Agency served its reply on all counsel of record or other designated representatives.[6]

Requests for extensions of time must be in writing and received by the Authority not later than five days before the established time limit for filing.[7]  The request must state the position of the other party and must be served on the other party.[8]

Because the Authority's jurisdiction over this matter is in question, *the deadlines for any remaining filings in this case – except for responses or replies to this order – are temporarily suspended*.  Except for responses or replies to this order, you are not required to submit any further filings in this case until the Authority notifies you otherwise.

Procedural questions regarding this case should be directed to the Office of Case Intake and Publication at (771) 444-5805.

For the Authority:

Erica Balkum, Chief
Office of Case Intake and Publication

---

[5] *Id.*; *see also id.* § 2429.24(a) ("To file documents by personal delivery, *you must schedule an appointment at least one business day in advance* by calling [(771) 444-5805]." (emphasis added)).
[6] *Id.* §§ 2429.24(e); 2429.27(a), (c).
[7] *Id.* § 2429.23(a).
[8] *Id.*

2

**FEDERAL LABOR RELATIONS AUTHORITY**
**WASHINGTON, D.C.**

\_\_\_\_

**NATIONAL TREASURY EMPLOYEES UNION**
**(Union)**

**and**

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**WASHINGTON, D.C.**
**(Agency)**

**0-NG-3731**

\_\_\_\_

**STATEMENT OF SERVICE**

\_\_\_\_

I hereby certify that copies of the Order of the Federal Labor Relations Authority in the subject proceeding have this day been served by the following methods:

<u>EMAIL</u>

Allison Giles
Assistant Counsel
NTEU
800 K Street, N.W., Suite 1000
Washington, DC 20001
Allie.Giles@nteu.org

Christina Ballance
Agency Head Review Officer
Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201
Christina.Ballance@hhs.gov

Garrett Anderson
Attorney Advisor
1961 Stout St.
Denver, CO 80205
garrett.anderson@hhs.gov

Robert F. Kennedy, Jr.
Secretary, HHS
200 Independence Ave., SW
Washington, DC 20201
Christina.Ballance@hhs.gov

Dated: April 4, 2025
　　　　WASHINGTON, D.C.

                                    _____ (for)
                                    Belinda Stevenson
                                    Legal Assistant

2

EXHIBIT 18



UNITED STATES OF AMERICA
**FEDERAL LABOR RELATIONS AUTHORITY**
**WASHINGTON REGIONAL OFFICE**
1400 K Street, NW, Third Floor
Washington, DC 20424-0001
(771) 444-5780   FAX: (202) 482-6724

April 3, 2025

**VIA EMAIL**

Kate Sylvester
Assistant Counsel
National Treasury Employees Union
800 K St NW, Suite 1000
Washington, DC 20001
Kate.sylvester@nteu.org

Joshua Nolet
Attorney-Advisor, Office of the Solicitor
United States Department of the Interior
1849 C Street, NW
Washington DC 2024
Joshua.Nolet@sol.doi.gov

Re:  Bureau of Land Management and
National Treasury Employees Union;
Case No: WA-CA-24-0563

Dear Parties:

This Office docketed the above-captioned unfair labor practice (ULP) charge on September 26, 2024. The Agent assigned to investigate this charge is Sarah Kurfis, who can be reached at 771-444-5787 or skurfis@flra.gov

On March 27, 2025, President Trump issued an Executive Order titled *Exclusions from Federal Labor-Management Relations Programs*, which amended Executive Order 12171, dated November 19, 1979 (as amended), and excluded a number of Federal agencies from collective bargaining pursuant to Section 7103(b)(1) of the Federal Service Labor-Management Relations Statute.

Because the Executive Order impacts the processing of this ULP charge, processing of this charge will be deferred so as to afford the Office of the General Counsel time to reevaluate the case in view of the Executive Order and in view of cases pending before the Authority.

Sincerely,

Jessica S. Bartlett
Regional Director