IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00935 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's April 4, 2025 Order, Plaintiff National Treasury Employees Union (NTEU) and Defendants Donald. Trump *et al.*, respectfully submit this joint status report regarding oral argument scheduled for April 23, 2025. The Court's Order directed the parties to meet and confer and to file a joint status report "regarding the order of argument and time limits for opening argument and rebuttal."

Counsel for the parties agree and propose to the Court that (1) Plaintiff's counsel proceed first at oral argument and (2) each side have thirty minutes for argument, with the right to reserve ten of those minutes for rebuttal.

Respectfully submitted,

JULIE M. WILSON
General Counsel
D.C. Bar 482946

PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

*/s/ Allison C. Giles*
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

LINDSAY DUNN (pro hac vice)
Assistant Counsel
N.Y. Bar 4574224

NATIONAL TREASURY EMPLOYEES
UNION
800 K Street N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
lindsay.dunn@nteu.org

Attorneys for Plaintiff NTEU

                YAAKOV M. ROTH
                Acting Assistant Attorney General
                Civil Division

                EMILY M. HALL
                Counsel to the Acting Assistant Attorney
                General

                JACQUELINE COLEMAN SNEAD
                Assistant Branch Director
                Civil Division, Federal Programs Branch

                */s/Lydia J. Jines*
                LYDIA JINES (MD Bar No. 2205230001)
                Trial Attorney
                U.S. Department of Justice, Civil Division
                Federal Programs Branch
                1100 L St., NW, Twelfth Floor
                Washington, DC 20530

Tel: (202) 353-5652
Fax: (202) 616-8470
Email: Lydia.Jines@usdoj.gov

*Counsel for Defendants*
April 21, 2025