# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, <br><br> *Plaintiff*; <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-935-PLF <br><br> Judge Paul L. Friedman |

## NOTICE OF APPEARANCE

Please take notice that Emily M. Hall of the United States Department of Justice, Civil Division, hereby appears as counsel for all Defendants in the above-captioned matter.

Dated: April 22, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

 /s/ Emily M. Hall
EMILY M. HALL (D.C. Bar No. 1780317)
Counsel to the Assistant Attorney General
Civil Division, United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Tel: (202) 307-6482
Fax: (202) 514-8071
emily.hall@usdoj.gov

*Counsel for Defendants*