IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>                Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-00935 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's April 25, 2025 Order, Plaintiff National Treasury Employees Union (NTEU) and Defendants Donald J. Trump, *et al.*, respectfully submit this joint status report regarding a proposed schedule for how this case should proceed.

The parties have conferred and agree that the next steps before this Court would be briefing on motions for summary judgment. There are two matters pending before the U.S. Court of Appeals for the District of Columbia Circuit: the defendants' appeal of this Court's order granting a preliminary injunction and the defendants' motion for a stay of that order. The parties would be in a better position to propose dates for summary judgment briefing before this Court once they know how proceedings at the appellate level play out.

Accordingly, the parties suggest that they propose a schedule for summary judgment briefing before this Court within seven days after the D.C. Circuit sets a briefing schedule on the government's appeal.

Respectfully submitted,

JULIE M. WILSON
General Counsel
D.C. Bar 482946

PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

*/s/ Allison C. Giles*
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

LINDSAY DUNN (pro hac vice)
Assistant Counsel
N.Y. Bar 4574224

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
lindsay.dunn@nteu.org

Attorneys for Plaintiff NTEU

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

EMILY M. HALL
Counsel to the Acting Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/Lydia J. Jines*
LYDIA JINES (MD Bar No. 2205230001)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 353-5652
Fax: (202) 616-8470
Email: Lydia.Jines@usdoj.gov

*Counsel for Defendants*
May 2, 2025