IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00935 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's May 20, 2025 Order directing the parties to meet and confer and to "provide proposed next steps for this litigation" and "provide a briefing schedule for any expected motions," the parties have conferred and jointly propose the following:

June 9, 2025 - Plaintiff's motion for summary judgment;

June 23 - Defendants' opposition to Plaintiff's motion and cross-motion for summary judgment;

July 7 - Plaintiff's opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion;

July 17 - Defendants' reply in support of their cross-motion for summary judgment.

Argument, if any, would be up to the Court, but Plaintiff's counsel respectfully asks that if any is scheduled, that it not be held the week of July 21.

Respectfully submitted,

JULIE M. WILSON
General Counsel
D.C. Bar 482946

PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

*/s/ Allison C. Giles*
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

LINDSAY DUNN (pro hac vice)
Assistant Counsel
N.Y. Bar 4574224

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
lindsay.dunn@nteu.org

*Attorneys for Plaintiff NTEU*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

EMILY M. HALL
Counsel to the Acting Assistant Attorney General

JACQUELINE COLEMAN SNEAD

Assistant Branch Director
Civil Division, Federal Programs Branch

  */s/Lydia J. Jines*
LYDIA JINES (MD Bar No. 2205230001)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 353-5652
Fax: (202) 616-8470
Email: Lydia.Jines@usdoj.gov

*Counsel for Defendants*

May 22, 2025