AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Treasury Employees Union )
*Plaintiff* )
v. ) Case No. 1:25-cv-00935 (PLF)
Donald J. Trump, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union.

Date: 06/03/2025

/s/Jessica Horne
*Attorney's signature*

Jessica Horne DC Bar No. 1029732
*Printed name and bar number*
Assistant Counsel, NTEU
800 K Street N.W., Suite 1000
Washington, D.C. 20001

*Address*

jessica.horne@nteu.org
*E-mail address*

(202) 572-5585
*Telephone number*

(202) 572-5645
*FAX number*