IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>      Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>      Defendants. | Case No. 1:25-cv-00935 (PLF) |

**PLAINTIFF NTEU'S MOTION FOR SUMMARY JUDGMENT**

  Pursuant to Federal Rule of Civil Procedure 56, Plaintiff National Treasury Employees Union (NTEU) moves for summary judgment.

  NTEU challenges Executive Order No. 14,251, *Exclusions from Labor-Management Relations Programs*, Section 2, which strips collective-bargaining rights from hundreds of thousands of federal employees across the government. That Order is contrary to the Federal Sector Labor-Management Relations Statute and is thus ultra vires. It also reflects retaliation for protected speech in violation of the First Amendment. There are no material facts in dispute.

  For these reasons and the reasons set forth in the accompanying memorandum, NTEU requests that summary judgment be issued in its favor.

Respectfully submitted,

*/s/ Julie M. Wilson*
JULIE M. WILSON
General Counsel
D.C. Bar 482946

*/s/ Paras N. Shah*
PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

*/s/ Allison C. Giles*
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

*/s/ Jessica Horne*
JESSICA HORNE
Assistant Counsel
D.C. Bar 1029732

*/s/ Kathryn W. Bailey*
KATHRYN W. BAILEY
Assistant Counsel
D.C. Bar 1643256

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org
kathryn.bailey@nteu.org

June 9, 2025                Counsel for Plaintiff NTEU