IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001,

                Plaintiff,

    v.

DONALD J. TRUMP,
President of the United States
1600 Pennsylvania Avenue N.W.
Washington, D.C. 20500, *et al.*,

                Defendants.

Case No. 1:25-cv-00935 (PLF)

## [PROPOSED] ORDER REGARDING PLAINTIFF NTEU'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiff's motion for summary judgment, the government's opposition, and the reply thereto, it is hereby

ORDERED that Plaintiff's motion is GRANTED and judgment is entered in Plaintiff's favor; and it is further

ORDERED that Section 2 of Executive Order 14,251 is declared unlawful as applied to the Defendants who are heads of NTEU-represented agencies; and it is further

ORDERED that the Office of Personnel Management's *Guidance on Executive Order Exclusions from Federal Labor-Management Programs* (Mar. 27, 2025) (OPM Guidance) is declared unlawful as applied to the Defendants who are heads of NTEU-represented agencies; and it is further

ORDERED that all Defendants, other than President Trump, are enjoined from implementing Section 2 of the Executive Order 14,251; and it is further

ORDERED that all Defendants, other than President Trump, are enjoined from implementing the OPM Guidance; and it is further

ORDERED that Plaintiff is entitled to reasonable attorney fees and costs incurred.

**SO ORDERED**.

Dated: _____, 2025

_____
THE HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE