# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,<br><br>    *Plaintiff*;<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-935-PLF<br><br>Judge Paul L. Friedman |

## DEFENDANTS' LOCAL RULE 7(H)(1) STATEMENT

Defendants, through counsel, provide the following Local Civil Rule 7(h)(1) statement of material facts as to which Defendants contend there is no genuine issue.

1. On March 27, 2025, the President of the United States issued Executive Order 14,251. Exec. Order No. 14,251, 90 Fed. Reg. 14553 (Apr. 3, 2025).

2. The President issued Executive Order 14,251 under the authority vested in him by the Constitution and the laws of the United States of America, including section 7103(b)(1) of title 5 of the U.S. Code. *Id.*

3. Section 2 of Executive Order 14,251 applies to certain agencies and agency subdivisions, including, as relevant here:

    a.    Office of Personnel Management's (OPM) Office of the Chief Information Officer (OCIO), and any other OPM agency or subdivision that has information resources management duties as the agency or subdivision's primary duty. Plaintiff National Treasury Employees Union (NTEU) does not represent any OPM employees in the covered subdivision(s).

b.  The Department of Justice.

c.  Agencies or subdivisions of the Department of Health and Human Services: (i) Office of the Secretary; (ii) Food and Drug Administration (FDA); (iii) Centers for Disease Control and Prevention (CDC); (iv) Administration for Strategic Preparedness and Response (ASPR); (v) Office of the General Counsel; (vi) Office of Refugee Resettlement, Administration for Children and Families (ORR); (vii) National Institute of Allergy and Infectious Diseases, National Institutes of Health.  Of these subdivisions, Plaintiff NTEU only represents HHS employees in the following components: Office of the Secretary, including the Office of General Counsel; FDA; ASPR; and ORR.

d.  The Environmental Protection Agency.

e.  The Department of Energy, except for the Federal Energy Regulatory Commission.

f.  The Federal Communications Commission.

g.  The Department of the Treasury, except the Bureau of Engraving and Printing.  Plaintiff NTEU named as Defendants in this action several officials within the Department of the Treasury, all in their official capacities, including: the Secretary of the Treasury; the Acting Commissioner of the Internal Revenue Service; the Chief Counsel, Office of Chief Counsel, Internal Revenue Service; the Commissioner, Bureau of the Fiscal Service; the Administrator, Alcohol and Tobacco Tax and Trade Bureau; and the Acting Comptroller of the Currency, Office of the Comptroller of the Currency.

      h.      The Department of the Interior, Bureau of Land Management.[1]  Exec. Order No. 14,251 at § 2, 90 Fed. Reg. at 14553–54.

4.      Pursuant to Section 7103(b)(1), the President determined that "[t]he agencies and agency subdivisions set forth in section 2 of this order are hereby determined to have as a primary function intelligence, counterintelligence, investigative, or national security work." *Id.* at § 1, 90 Fed. Reg. at 14553 (identifying the agencies and agency subdivisions).

5.      Pursuant to Section 7103(b)(1), the President "determined that Chapter 71 of title 5, United States Code, cannot be applied to these agencies and agency subdivisions in a manner consistent with national security requirements and considerations." Exec. Order No. 14,251, § 1, 90 Fed. Reg. at 14553

Dated: June 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
EMILY M. HALL
TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

---

[1] Section 2 of Executive Order 14,251 also applies to certain other agencies or subdivisions of the Department of the Interior that are not relevant here because Plaintiff NTEU named as a Defendant in this action the Acting Director of the Bureau of Land Management, and not the Secretary of the Interior or any officials of any other Department of Interior agencies or subdivisions.

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

  */s/ Lydia J. Jines*
LYDIA JINES (MD Bar No. 2205230001)
JEREMY MAURITZEN
SYED N. AHMAD
Trial Attorneys
LISA ZEIDNER MARCUS
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 353-5652
Fax: (202) 616-8470
Email: Lydia.Jines@usdoj.gov

*Counsel for Defendants*