THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) ) |
| *Plaintiff*; | ) ) Case No. 1:25-cv-935-PLF ) |
| v. | ) Judge Paul L. Friedman ) |
| DONALD J. TRUMP, *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, and the complete record, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED; and it is

ORDERED further that Defendants Cross Motion for Summary Judgment is GRANTED.

SO ORDERED.


Date: _____     _____
                                  HON. PAUL L. FRIEDMAN
                                  United States District Judge