IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION,

    Plaintiff,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Case No. 1:25-cv-00935 (PLF)

**NOTICE**

Plaintiff National Treasury Employees Union (NTEU) files this notice to inform the Court that, on August 28, 2025, President Trump issued an Executive Order entitled "Further Exclusions from the Federal Labor-Management Relations Program." The Executive Order excludes additional agencies from the Federal Service Labor-Management Relations Statute (the Statute), including the Office of the Commissioner for Patents, which is a component of the U.S. Patent and Trademark Office. *Id.* sec. 2(b). NTEU represents approximately 1000 bargaining unit employees in this Office. The relevancy of the threat—and now reality—of additional exclusions from the Statute has been addressed in the parties' summary judgment briefing.[1]

---

[1] *See, e.g.,* Plaintiff's Motion for Summary Judgment at 19-20 (June 9, 2025) (Dkt. 43-1); Defendants' Cross Motion for Summary Judgment at 33-34 (June 23, 2025) (Dkt. 44); Plaintiff's Opposition to Defendants' Cross Motion for Summary Judgment at 27 n.7 (July 7, 2025) (Dkt. 47).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JULIE M. WILSON<br>General Counsel<br>D.C. Bar 482946 |
|  | PARAS N. SHAH<br>Deputy General Counsel<br>D.C. Bar 983881 |
|  | */s/ Allison C. Giles*<br>ALLISON C. GILES<br>Assistant Counsel<br>D.C. Bar 439705 |
|  | JESSICA HORNE<br>Assistant Counsel<br>D.C. Bar 1029732 |
|  | NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001<br>(202) 572-5500<br>julie.wilson@nteu.org<br>paras.shah@nteu.org<br>allie.giles@nteu.org<br>jessica.horne@nteu.org |
| Sept. 2, 2025 | Attorneys for Plaintiff NTEU |